Timothy J. Lamb
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORREST WRIGHT; AMANDA WRIGHT; )<br>NATHAN KEAYS; KELLY KEAYS; )<br>ECO EDGE ARMORING, LLC; DAVID )<br>BENEFIELD; WRIGHT CAPITAL )<br>INVESTMENTS, LLC; and DB OILFIELD )<br>SUPPORT SERVICES, )<br>Defendants. )<br>_____ ) | Case No. 3:19-cv-00311-SLG |

**Motion for Expedited Consideration**

Pursuant to Rule 7.3 of the Local Rules, ConocoPhillips requests that its *Ex Parte* Motion for TRO and Preliminary Injunction be heard on an expedited basis. ConocoPhillips requests that the underlying motion for TRO be heard and decided as expeditiously as possible, preferably by the close of business on this date, Thursday, December 12, 2019.

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Motion for Expedited Consideration  Page **1** of **2**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright,, et. al.*  Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 6   Filed 12/12/19   Page 1 of 2

As detailed in the attached Request to Have Motion Heard Ex Parte and Rule 65 Certification, defendants have embezzled and fraudulently obtained millions of dollars from ConocoPhillips. ConocoPhillips seeks to have an immediate freeze placed on all assets of defendants that were illegally obtained from ConocoPhillips. On this date Forrest Wright will be (or has been) interviewed by the FBI, and he and the other defendants will know that law enforcement authorities and ConocoPhillips are aware of the embezzlement. Any notice to defendants of this motion or delay in freezing their assets will afford them the opportunity to disperse, dissipate and hide the assets beyond the reach of ConocoPhillips. After perpetuating massive fraud on ConocoPhillips, there is no reason to think that they will not avail themselves of any opportunity to place the ill-gotten gains beyond the reach of ConocoPhillips and the law. Expedited consideration is necessary to maximize ConocoPhillips' chances of recovering their assets.

DATED this 12th day of December, 2019, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for ConocoPhillips Alaska, Inc.

s/Timothy J. Lamb
Timothy J. Lamb, Alaska Bar No.: 8409080
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99504
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com

4845-4090-9486, v. 1

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Motion for Expedited Consideration Page **2** of **2**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright,, et. al.* Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG Document 6 Filed 12/12/19 Page 2 of 2