Timothy J. Lamb
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FORREST WRIGHT; AMANDA WRIGHT; ) | |
| NATHAN KEAYS; KELLY KEAYS; ) | |
| ECO EDGE ARMORING, LLC; DAVID ) | |
| BENEFIELD; WRIGHT CAPITAL ) | |
| INVESTMENTS, LLC; and DB OILFIELD ) | |
| SUPPORT SERVICES, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 3:19-cv-00311-SLG |

### DEMAND FOR JURY TRIAL

Plaintiff ConocoPhillips Alaska, Inc. hereby requests trial by jury in the above-entitled action.

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Demand for Jury Trial                                                                                   Page **1** of **2**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright,, et. al.*  Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 8   Filed 12/12/19   Page 1 of 2

DATED this 12th day of December, 2019, at Anchorage, Alaska.

                                                  DELANEY WILES, INC.
                                                  Attorneys for ConocoPhillips Alaska, Inc.

                                                  s/Timothy J. Lamb
                                                  Timothy J. Lamb, Alaska Bar No.: 8409080
                                                  DELANEY WILES, INC.
                                                  1007 West 3rd Avenue, Suite 300
                                                  Anchorage, Alaska 99504
                                                  Phone: (907) 279-3581
                                                  Fax: (907) 277-1331
                                                  tjl@delaneywiles.com

4811-5868-6638, v. 1

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Demand for Jury Trial                                                                                                  Page **2** of **2**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright,, et. al.*   Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG    Document 8    Filed 12/12/19    Page 2 of 2