Timothy J. Lamb
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FORREST WRIGHT; AMANDA WRIGHT; ) | |
| NATHAN KEAYS; KELLY KEAYS; ) | |
| ECO EDGE ARMORING, LLC; DAVID ) | |
| BENEFIELD; WRIGHT CAPITAL ) | |
| INVESTMENTS, LLC; and DB OILFIELD ) | |
| SUPPORT SERVICES ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 3:19-CV-00311-SLG |

**MOTION FOR EXPEDITED CONSIDERATION OF
MOTION FOR TELEPHONIC APPEARANCE**

On December 13, 2019, this Court issued an order scheduling a preliminary injunction hearing on December 26 at 2:30 p.m. ConocoPhillips moved for an order allowing Cindi Klose to appear telephonically. Because the hearing is less than two weeks away ConocoPhillips requests that the motion be heard on an expedited basis. If

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Motion for Expedited Consideration of Telephonic Appearance
*ConocoPhillips Alaska, Inc. v. Forrest Wright et al.,* Case No. 3:19-CV-00311-SLG   Page **1** of **2**
Case 3:19-cv-00311-SLG   Document 12   Filed 12/16/19   Page 1 of 2

the usual time limits are observed the motion will not be ripe for decision until after the hearing takes place.

In order to allow Ms. Klose to make holiday plans, and if necessary travel plans to travel from Oklahoma to Alaska on December 25th (Christmas Day), ConocoPhillips respectfully requests that defendants be required to file any opposition to the Motion for Telephonic Participation no later than 4:30 p.m. on December 19, and that this Court render a decision to the underlying motion by December 20.

This motion is supported by the attached Declaration of undersigned counsel.

DATED this 16th day of December, 2019, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for ConocoPhillips Alaska, Inc.


s/Timothy J. Lamb
Timothy J. Lamb, Alaska Bar No.: 8409080
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99504
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com

4834-0573-2527, v. 1

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Motion for Expedited Consideration of Telephonic Appearance
*ConocoPhillips Alaska, Inc. v. Forrest Wright et al.,* Case No. 3:19-CV-00311-SLG    Page **2** of **2**
Case 3:19-cv-00311-SLG   Document 12   Filed 12/16/19   Page 2 of 2