# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, <br><br> Defendants. | Case No. 3:19-CV-00311-SLG |

## ORDER DIRECTING CONOCOPHILLIPS TO FILE A PUBLIC VERSION OF ITS EX PARTE MOTION

On December 12, 2019, Plaintiff ConocoPhillips Alaska, Inc. ("ConocoPhillips") filed an ex parte motion for a temporary restraining order and preliminary injunction.[1] The Court granted the temporary restraining order on December 13, 2019.[2]

---

[1] Docket 3.

[2] Docket 9.

Courts "recognize[] a 'general right to inspect and copy public records, including judicial records and documents . . . This right is justified by the interest of citizens in 'keeping a watching eye on the workings of public agencies.'"[3] Accordingly, ConocoPhillips shall file with this Court for public record a version of its motion at Docket 3 and accompanying papers no later than **December 19, 2019**.[4] In the alternative, ConocoPhillips shall file a notice, on or before that same date, explaining why some or all of its motion papers should not be in the public record.

DATED this 17th day of December, 2019 at Anchorage, Alaska.

/*s*/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

---

[3] *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 597 (1978)).

[4] ConocoPhillips shall include public versions of the documents at Docket Nos. 3, 4, 5, and 7. ConocoPhillips may redact any sensitive information according to Fed. R. Civ. P. 5.2.

Case No. 3:19-cv-00311, *ConocoPhillips Alaska, Inc. v. Wright, et al.*
Order Directing ConocoPhillips to File a Public Version of its Ex Parte Motion
Page 2 of 2