Jeffrey W. Robinson
Laura C. Dulic
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Fax: (907) 277-8235
jeffrey@anchorlaw.com
laura@anchorlaw.com

Attorney for Defendant Kelly Keays

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC.<br><br>    Plaintiff,<br><br>  vs.<br><br>FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES,<br><br>    Defendants. | Case No.: 3:19-cv-00311-SLG |

**DECLARATION OF JEFFREY W. ROBINSON IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO PERMIT COUNSEL TO APPEAR TELEPHONICALLY**

I, Jeffrey W. Robinson, declare and state as follows:

1. I represent Kelly Keays and am fully familiar with the facts stated herein.

2. Counsel for Ms. Keys has filed a Motion to Permit Counsel to Appear Telephonically in the above-captioned matter. Tim Lamb, counsel for ConocoPhillips,

does not oppose this motion. As of the date of this filing, no other attorneys of record have entered their appearance in this matter, although we will provide notice to other parties as identified in Paragraph 4 of Docket 13.

3. Expedited consideration of the Motion to Permit Counsel to Appear Telephonically is necessary because the hearing is scheduled for December 26, 2019 and undersigned counsel will be in California on that date.

4. Undersigned made travel plans several months ago to visit family during the Christmas break. The court's order setting the injunction hearing issued on December 13, 2019. Docket 9 at 10. Counsel received Plaintiff's ex-parte motion and associated motions on December 18, 2019. It is critical that I participate in this hearing at the behest of my client, although my colleague, Laura Dulic, will attend the proceeding in person with Ms. Keays.

ASHBURN & MASON, P.C.
Attorneys for Kelly Keays

DATED: 12/19/19      By:    s/ Jeffrey W. Robinson
JEFFREY W. ROBINSON
Alaska Bar No. 0805038

DECLARATION OF JEFFREY W. ROBINSON
*ConocoPhillips Alaska, Inc. v. Forrest Wright et al.*, Case no. 3:19-cv-311-SLG     Page 2 of 3

Case 3:19-cv-00311-SLG   Document 20   Filed 12/19/19   Page 2 of 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 19, 2019, a copy of the foregoing was served electronically through the CM/ECF system on the following:

Donna M. Meyers
Timothy J. Lamb
Delaney Wiles
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
907-279-3581
Fax: 907-277-1331
dmm@delaneywiles.ocm
tjl@delaneywiles.com


ASHBURN & MASON, P.C.

By:     s/Jeffrey W. Robinson
        JEFFREY W. ROBINSON

By:     s/Laura C. Dulic
        LAURA C. DULIC

DECLARATION OF JEFFREY W. ROBINSON
*ConocoPhillips Alaska, Inc. v. Forrest Wright et al.*, Case no. 3:19-cv-311-SLG    Page 3 of 3

Case 3:19-cv-00311-SLG   Document 20   Filed 12/19/19   Page 3 of 3