Timothy J. Lamb
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FORREST WRIGHT; AMANDA WRIGHT; ) | |
| NATHAN KEAYS; KELLY KEAYS; ) | |
| ECO EDGE ARMORING, LLC; DAVID ) | |
| BENEFIELD; WRIGHT CAPITAL ) | |
| INVESTMENTS, LLC; and DB OILFIELD ) | |
| SUPPORT SERVICES ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 3:19-CV-00311-SLG |

## NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 16.1(e), ConocoPhillips hereby provides Notice of

Related Case. On December 12, 2019, ConocoPhillips filed *ConocoPhillips Alaska, Inc.*

*v. Forrest Wright; Amanda Wright; David Benefield; Wright Capital Investments, LLC;*

*and DB Oilfield Support Services,* Case No. 2:19-cv-02132, in the United States District

Court for the District of Nevada.

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Notice of Related Case
*ConocoPhillips Alaska, Inc. v. Forrest Wright et al.,* Case No. 3:19-CV-00311-SLG    Page **1** of **3**
Case 3:19-cv-00311-SLG   Document 29   Filed 12/23/19   Page 1 of 3

The Nevada case is based on the same set of operative facts. As detailed in the complaints in both cases, Forrest Wright and Amanda Wright used funds embezzled from ConocoPhillips to purchase real estate in Nevada. The real estate is held in the name of Wright Capital Investments, LLC. The case in Nevada was filed to allow ConocoPhillips to assert *Lis Pendens* against that real estate.

Plaintiff anticipates filing a motion to consolidate both matters into one case under the jurisdiction of the District of Alaska.

DATED this 23rd day of December, 2019.

DELANEY WILES, INC.
Attorneys for ConocoPhillips Alaska, Inc.

s/Timothy J. Lamb
Timothy J. Lamb, Alaska Bar No.: 8409080
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99504
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the
foregoing was emailed on the 23rd day of
December, 2019 to the following:

Jeffrey W. Robinson
Laura C. Dulic
Ashburn & Mason, P.C.
1227 W. 9th Ave., Ste. 200
Anchorage, AK 99501
jeffrey@anchorlaw.com
laura@anchorlaw.com
(Attorneys for Kelly Keays)

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Notice of Related Case
*ConocoPhillips Alaska, Inc. v. Forrest Wright et al.,* Case No. 3:19-CV-00311-SLG     Page **2** of **3**

Phillip Paul Weidner
Phillip Paul Weidner & Associates, APC
943 W. 6th Ave., Ste. 300
Anchorage, AK  99501
phillipweidner@weidnerjustice.com
(Attorneys for Nathan Keays and Eco Edge Armoring, LLC)

and was hand delivered to:

Forrest and Amanda Wright
1901 Colony Place
Anchorage, AK  99507

and was mailed to:

David Benefield
968 Copper St.
North Pole, AK  99705

Wright Capital Investments, LLC
c/o Anna McDonough, Registered Agent
6550 S. Pecos Rd., Ste. 115
Las Vegas, NV  89120

DB Oilfield Support Services
c/o David Benefield
15030 E. 253rd St. S.
Webbers Falls, OK  74470


s/Timothy J. Lamb
4847-2401-9631, v. 1

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Notice of Related Case
*ConocoPhillips Alaska, Inc. v. Forrest Wright et al.,*  Case No. 3:19-CV-00311-SLG          Page **3** of **3**