Jeffrey W. Robinson
Laura C. Dulic
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Fax: (907) 277-8235
jeffrey@anchorlaw.com
laura@anchorlaw.com

Attorneys for Defendant Kelly Keays

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC.<br><br>      Plaintiff,<br><br>vs.<br><br>FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES,<br><br>      Defendants. | Case No.: 3:19-cv-00311-SLG |

**NOTICE OF COMPLIANCE**

Defendant Kelly Keays, by and through counsel Ashburn & Mason P.C., hereby provides Notice of Compliance with the Court's December 26, 2019 Order Granting Stipulation [33], in which she was ordered to produce bank statements from April 2019 through December 2019 from her Wells Fargo checking account (xx0051) and Wells

Fargo Money Market Savings Account (xx4507) within three business days of the date of the Order.

Undersigned counsel served counsel served Plaintiff with the required bank statements via email on December 26, 2019.

                                        ASHBURN & MASON, P.C.
                                        Attorneys for Kelly Keays

DATED: 12/26/19        By:    s/ Jeffrey W. Robinson
                                        JEFFREY W. ROBINSON
                                        Alaska Bar No. 0805038

                                 By:    s/ Laura C. Dulic
                                        LAURA C. DULIC
                                        Alaska Bar No. 1305013

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 26, 2019, a copy of the foregoing was served electronically through the CM/ECF system on the following:

Donna M. Meyers
Timothy J. Lamb
Delaney Wiles
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
907-279-3581
Fax: 907-277-1331
dmm@delaneywiles.ocm
tjl@delaneywiles.com

Phillip Paul Weidner
Phillip Paul Weidner & Associates, APC
943 West Sixth Avenue, Suite 300
Anchorage, Alaska 99501
907-276-1200
Fax: 907-278-6571
phillipweidner@weidnerjustice.com


ASHBURN & MASON, P.C.

By:   s/Jeffrey W. Robinson
      JEFFREY W. ROBINSON

By:   s/Laura C. Dulic
      LAURA C. DULIC