Jeffrey W. Robinson
Laura C. Dulic
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Fax: (907) 277-8235
jeffrey@anchorlaw.com
laura@anchorlaw.com

Attorneys for Defendant Kelly Keays

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC.<br><br>      Plaintiff,<br><br>vs.<br><br>FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES,<br><br>      Defendants. | Case No.: 3:19-cv-00311-SLG |

**SECOND NOTICE OF COMPLIANCE**

Defendant Kelly Keays, by and through counsel Ashburn & Mason P.C., hereby provides Notice of Compliance with the Court's December 26, 2019 Order Granting Stipulation [33], in which she was permitted to establish a new, independent checking account with Wells Fargo or another local banking institution for the purpose of depositing her paychecks from her employer.

Ms. Keays opened a new, independent checking account (XXXXXX6953) with Alaska USA on December 28, 2019, in compliance with the Court's Order [33].

ASHBURN & MASON, P.C.
Attorneys for Kelly Keays

DATED: 12/30/19     By:   s/ Jeffrey W. Robinson
                                     JEFFREY W. ROBINSON
                                     Alaska Bar No. 0805038

                          By:   s/ Laura C. Dulic
                                     LAURA C. DULIC
                                     Alaska Bar No. 1305013

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 30, 2019, a copy of the foregoing was served electronically through the CM/ECF system on the following:

Donna M. Meyers
Timothy J. Lamb
Delaney Wiles
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
907-279-3581
Fax: 907-277-1331
dmm@delaneywiles.ocm
tjl@delaneywiles.com

Phillip Paul Weidner
Phillip Paul Weidner & Associates, APC
943 West Sixth Avenue, Suite 300
Anchorage, Alaska 99501

NOTICE OF COMPLIANCE
*ConocoPhillips Alaska, Inc. v. Forrest Wright et al.*, Case no. 3:19-cv-311-SLG     Page 2 of 3

907-276-1200
Fax: 907-278-6571
phillipweidner@weidnerjustice.com


ASHBURN & MASON, P.C.

By:   s/Jeffrey W. Robinson
      JEFFREY W. ROBINSON

By:   s/Laura C. Dulic
      LAURA C. DULIC