Timothy J. Lamb
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORREST WRIGHT; AMANDA WRIGHT; ) <br> NATHAN KEAYS; KELLY KEAYS; ) <br> ECO EDGE ARMORING, LLC; DAVID ) <br> BENEFIELD; WRIGHT CAPITAL ) <br> INVESTMENTS, LLC; and DB OILFIELD ) <br> SUPPORT SERVICES, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:19-cv-00311-SLG |

## NOTICE TO THE COURT RE INITIAL SCHEDULING AND PLANNING CONFERENCE REPORT

Plaintiff, ConocoPhillips Alaska, Inc. ("ConocoPhillips"), hereby provides Notice to the Court of the inability to provide the Initial Scheduling and Planning Conference Report as directed by the Court in its January 6, 2020 Order. Counsel for ConocoPhillips has been trading telephone calls with Darryl Gardner, Federal Public Defender for Forrest Wright but there has been no Entry of Appearance by Darryl Gardner as of this date. It is

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Notice to Court re Initial Scheduling and Planning Conference Report    Page **1** of **3**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright, et. al.*  Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 42   Filed 01/27/20   Page 1 of 3

unknown who is representing Defendant Amanda Wright at this time. In addition, undersigned counsel has not received an Entry of Appearance for David Benefield and DB Oilfield Supports Services either. Undersigned counsel will endeavor to file the Initial Scheduling and Planning Order Conference Report within 10 days of today's date, after all parties have obtained counsel and he has been able to confer with all parties' counsel.

DATED this 27 day of January, 2020, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for ConocoPhillips Alaska, Inc.

s/Timothy J. Lamb
Timothy J. Lamb, Alaska Bar No.: 8409080
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99504
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the foregoing was emailed on the 27th day of January, 2020 to the following:

Jeffrey W. Robinson
Laura C. Dulic
Ashburn & Mason, P.C.
1227 W. 9th Ave., Ste. 200
Anchorage, AK 99501
jeffrey@anchorlaw.com
laura@anchorlaw.com
(Attorneys for Kelly Keays)

Phillip Paul Weidner
Phillip Paul Weidner & Associates, APC
943 W. 6th Ave., Ste. 300
Anchorage, AK 99501
phillipweidner@weidnerjustice.com
(Attorneys for Nathan Keays and Eco Edge Armoring, LLC)

and was mailed to:

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Notice to Court re Initial Scheduling and Planning Conference Report Page **2** of **3**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright, et. al.* Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 42   Filed 01/27/20   Page 2 of 3

Forrest and Amanda Wright
1901 Colony Place
Anchorage, AK 99507

David Benefield
968 Copper St.
North Pole, AK 99705

Wright Capital Investments, LLC
c/o Anna McDonough, Registered Agent
6550 S. Pecos Rd., Ste. 115
Las Vegas, NV 89120

DB Oilfield Support Services
c/o David Benefield
15030 E. 253rd St. S.
Webbers Falls, OK 74470

s/Angela R. Bell
4818-1484-5107, v. 1

delaney wiles, inc.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Notice to Court re Initial Scheduling and Planning Conference Report   Page **3** of **3**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright, et. al.*   Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 42   Filed 01/27/20   Page 3 of 3