Timothy J. Lamb
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORREST WRIGHT; AMANDA WRIGHT; ) <br> NATHAN KEAYS; KELLY KEAYS; ) <br> ECO EDGE ARMORING, LLC; DAVID ) <br> BENEFIELD; WRIGHT CAPITAL ) <br> INVESTMENTS, LLC; and DB OILFIELD ) <br> SUPPORT SERVICES, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:19-cv-00311-SLG |

**NOTICE OF PLAN TO FILE FOR DEFAULT JUDGMENT AGAINST FORREST WRIGHT, AMANDA WRIGHT, WRIGHT CAPITAL INVESTMENTS, LLC, DAVID BENEFIELD AND DB OILFIELD SUPPORT SERVICES**

Plaintiff, ConocoPhillips Alaska, Inc. ("ConocoPhillips"), through counsel Delaney Wiles, Inc., hereby notifies Forrest Wright, Amanda Wright, Wright Capital Investments, LLC, David Benefield and DB Oilfield Support Services that due to their failure to Answer the Complaint served on them in December 2019, Plaintiff ConocoPhillips Alaska, Inc., intends to file a Motion for Entry of Default Judgment on

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Notice of Plan to File for Default Judgment  Page **1** of **2**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright, et. al.*  Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 44   Filed 02/10/20   Page 1 of 2

Friday, February 14, 2020. If these Defendants wish to avoid default judgment being entered against them, they need to have an attorney enter an appearance and file an Answer on their behalf.

DATED this 10th day of February, 2020, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for ConocoPhillips Alaska, Inc.

/s/ Timothy J. Lamb
Timothy J. Lamb, Alaska Bar No.: 8409080
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99504
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was emailed on the 10th day of February, 2020 to the following:

Jeffrey W. Robinson
Laura C. Dulic
Ashburn & Mason, P.C.
1227 W. 9th Ave., Ste. 200
Anchorage, AK 99501
jeffrey@anchorlaw.com
laura@anchorlaw.com
(Attorneys for Kelly Keays)

Phillip Paul Weidner
Phillip Paul Weidner & Associates, APC
943 W. 6th Ave., Ste. 300
Anchorage, AK 99501
phillipweidner@weidnerjustice.com
(Attorneys for Nathan Keays and Eco Edge Armoring, LLC)

Tom Wright (email and fax)
Wright, Stout & Wilburn, PLLC
300 W Broadway
Muskogee, Oklahoma 74401
(tom@wswlaw.com)
(Attorneys for David Benefield and DB Oilfield Support Services)

Darrel Gardner
Federal Public Defender
425 G Street
Anchorage, Alaska 99501
(Darrel_Gardner@fd.org)
(Attorney for Forrest Wright)

and was mailed to:

David Benefield (mailed)
968 Copper St.
North Pole, AK 99705

Wright Capital Investments, LLC (mailed)
c/o Anna McDonough, Registered Agent
6550 S. Pecos Rd., Ste. 115
Las Vegas, NV 89120

DB Oilfield Support Services (mailed)
c/o David Benefield
15030 E. 253rd St. S.
Webbers Falls, OK 74470

and was served personally on:

Forrest and Amanda Wright
1901 Colony Place
Anchorage, AK 99507

s/Angela R. Bell
4834-8067-0388, v. 1

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Notice of Plan to File for Default Judgment Page **2** of **2**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright, et. al.* Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 44   Filed 02/10/20   Page 2 of 2