Timothy J. Lamb
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FORREST WRIGHT; AMANDA WRIGHT; ) | |
| NATHAN KEAYS; KELLY KEAYS; ) | |
| ECO EDGE ARMORING, LLC; DAVID ) | |
| BENEFIELD; WRIGHT CAPITAL ) | |
| INVESTMENTS, LLC; and DB OILFIELD ) | |
| SUPPORT SERVICES, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 3:19-cv-00311-SLG |

**UPDATED NOTICE TO THE COURT RE INITIAL SCHEDULING AND PLANNING CONFERENCE REPORT**

Plaintiff, ConocoPhillips Alaska, Inc. ("ConocoPhillips"), hereby updates is previous Notice to the Court of January 27, 2020, through Nevada counsel for ConocoPhillips Alaska, Inc., informed Forrest Wright he has until next Friday, February 21, 2020 to file Answers or Motions for Default will be filed against him. Neither Defendant Amanda Wright or any counsel on her behalf have contacted anyone at Delaney

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Updated Notice to Court re Initial Scheduling and Planning Conference Report    Page **1** of **3**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright, et. al.* Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 46   Filed 02/14/20   Page 1 of 3

Wiles, or the Nevada law firm representing ConocoPhillips Alaska, Inc. in that action. Undersigned counsel spoke with Thomas Wright, the Oklahoma attorney who had previously indicated he would be representing David Benefield and DB Oilfield Support Services. Mr. Wright stated that he will not be representing either Defendant. He indicated David Benefield would be answering the Complaint pro se. I conveyed to Mr. Wright that Motions for a Directed Verdict will be filed against anyone who has not answered by late Friday afternoon next week, February 21, 2020. He agreed to convey that information to David Benefield.

The undersigned counsel will attempt to confer with all parties who have entered an appearance and/or attorneys representing parties the week of February 24, 2020 then will file an update on attempts at an Initial Scheduling and Planning Conference Report with the Court no later than February 28, 2020.

DATED this 14 day of February, 2020, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for ConocoPhillips Alaska, Inc.

s/Timothy J. Lamb
Timothy J. Lamb, Alaska Bar No.: 8409080
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99504
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Updated Notice to Court re Initial Scheduling and Planning Conference Report    Page **2** of **3**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright, et. al.*   Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 46   Filed 02/14/20   Page 2 of 3

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the foregoing was emailed on the 14th day of February, 2020 to the following:

Jeffrey W. Robinson
Laura C. Dulic
Ashburn & Mason, P.C.
1227 W. 9th Ave., Ste. 200
Anchorage, AK 99501
jeffrey@anchorlaw.com
laura@anchorlaw.com
(Attorneys for Kelly Keays)

Phillip Paul Weidner
Phillip Paul Weidner & Associates, APC
943 W. 6th Ave., Ste. 300
Anchorage, AK 99501
phillipweidner@weidnerjustice.com
(Attorneys for Nathan Keays and Eco Edge Armoring, LLC)

and was mailed to:

Forrest and Amanda Wright
1901 Colony Place
Anchorage, AK 99507

David Benefield
968 Copper St.
North Pole, AK 99705

Wright Capital Investments, LLC
c/o Anna McDonough, Registered Agent
6550 S. Pecos Rd., Ste. 115
Las Vegas, NV 89120

DB Oilfield Support Services
c/o David Benefield
15030 E. 253rd St. S.
Webbers Falls, OK 74470

s/Angela R. Bell
4840-8598-5972, v. 1

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

Updated Notice to Court re Initial Scheduling and Planning Conference Report  Page **3** of **3**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright, et. al.*  Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 46   Filed 02/14/20   Page 3 of 3