Phillip Paul Weidner
PHILLIP PAUL WEIDNER & ASSOCIATES, A.P.C.
943 West Sixth Avenue, Suite 300
Anchorage, AK 99501
Tel: (907) 276-1200; Fax: (907) 278-6571
phillipweidner@weidnerjustice.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLILPS ALASKA, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> FORREST WRIGHT; AMANDA WRIGHT; ) <br> NATHAN KEAYS; KELLY KEAYS; ECO EDGE ) <br> ARMORING, LLC; DAVID BENEFIELD; ) <br> WRIGHT CAPTIAL INVESTMENTS, LLC; and ) <br> DB OILFIELD SUPPORT SERVICES, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:19-CV-00311-SLG |

**RESPONSE OF DEFENDANTS NATHAN KEAYS AND ECO EDGE ARMORING, LLC, TO NOTICE OF PLAN TO FILE FOR DEFAULT JUDGMENT AT DOCKET 44**

COMES NOW Phillip Paul Weidner of Phillip Paul Weidner & Associates, APC, on behalf of Defendants Nathan Keays and Eco Edge Armoring, LLC, and hereby responds to *Plaintiff's Notice Of Plan To File For Default Judgment Against Forrest Wright, Amanda Wright, Wright Capital Investments, LLC, David Benefield And DB Oilfield Support Services*, filed at Docket 44 on February 10, 2020.

Said Defendants Nathan Keays and Eco Edge Armoring, LLC, do not object to any default judgment being sought and entered as to Defendants Forrest Wright, Amanda Wright, Wright Capital Investments, LLC, David Benefield And DB Oilfield Support Services, except that Defendants Nathan Keys and Eco Edge Armoring, LLC, preserve their position set out in their

Answer that they are not responsible or culpable as to any fraud, and further, they are not responsible for refunding to plaintiff any monies or property except as to possibly on a contract basis for money or property they actually kept, and are not responsible for any money they gave to Defendant Forrest Wright or to Forrest Wright's company Spectrum Consulting Services.

Without any admissions of culpability or liability, Defendants Nathan Keays and Eco Edge Armoring, LLC, have indicated willingness to work with Plaintiff to provide and/or refund certain money and/or assets to Plaintiff.

Defendants preserve their right to seek to allocate fault to the other Defendants, (except for Kelly Keays), as to any monies received by Defendants Nathan Keays and Eco Edge Armoring, LLC, from Plaintiff and further, to seek such allocation of fault and/or other liability as to all claims in this matter, and further to seek indemnity from all Defendants (other than defendant Kelly Keays.) Note that it is Defendants Nathan Keays and Eco Edge Armoring's position that Defendant Kelly Keays was and is not responsible for any culpability as to any alleged causes of action

RESPECTFULLY SUBMITTED this 14th day of February, 2020.

    WEIDNER & ASSOCIATES
    Attorneys for Defendant

    /s/ Phillip Paul Weidner
    Phillip Paul Weidner, ABA No. 7305032

CERTIFICATE OF SERVICE
I hereby certify that on February 14, 2020, a copy of the foregoing was served electronically on the parties entered in this matter.

s/ Phillip Paul Weidner

RESPONSE TO DOCKET 44     2
*ConocoPhillips Alaska, Inc. v. Wright, et al*., Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 47   Filed 02/14/20   Page 2 of 2