Michelle S. Nesbett
Nesbett Law Offices
750 W. 2nd Ave., Suite 105
Anchorage, Alaska 99501
Phone: (907) 770-6920
Fax: (907) 770-6998
michelle@nesbettlaw.com

Attorney for Defendant Amanda Wright

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| FORREST WRIGHT; AMANDA WRIGHT; | ) |
| NATHAN KEAYS; KELLY KEAYS; | ) |
| ECO EDGE ARMORING, LLC; | ) Case No. 3:19-CV-00311-SLG |
| DAVID BENEFIELD; WRIGHT CAPITAL | ) |
| INVESTMENTS, LLC; AND | ) |
| DB OILFIELD SUPPORT SERVICES, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ENTRY OF APPPEARANCE**

PLEASE TAKE NOTICE that Michelle S. Nesbett of the law firm Nesbett Law Offices hereby makes her appearance as counsel on behalf of Defendant Amanda Wright in the above captioned-matter.  Her contact information is as follows until March 15, 2020:

Nesbett Law Offices
750 W 2nd Avenue, Suite 105
Anchorage, AK 99501
(907) 770-6920
michelle@nesbettlaw.com

After March 15, 2020

Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, AK 99501
(907) 276-1550
mnesbett@bhb.com

Dated: February 28, 2020

          s/ Michelle S. Nesbett
          MICHELLE S. NESBETT
          Attorney for Amanda Wright
          Alaska Bar No: 0705028

CERTIFICATE OF SERVICE
I hereby certify that on February 28, 2020
a copy of foregoing this document
was served ELECTRONICALLY on:

Donna M. Meyers
Timothy J. Lamb
Delaney Wiles
dmm@delaneywiles.com
tjl@delaneywiles.com

Phillip Paul Weidner
lrosano@weidnerjustice.com

Jeffrey William Robinson
Jeffrey@anchorlaw.com
Laura Dulic
laura@anchorlaw.com

And via U.S. mail, postage pre-paid, on:

David Benefield
14829 E 253rd St. S
Webbers Falls, OK 74470

s/ Michelle S. Nesbett