Timothy J. Lamb
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, <br><br> Defendants. | **Case No. 3:19-cv-00311-SLG** <br><br> Consolidated |
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORREST WRIGHT; AMANDA WRIGHT; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, <br><br> Defendants. | Case No. 3:20-cv-00072-TMB |

delaney wiles, inc.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order regarding ConocoPhillips' Funds – Amanda Wright**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG  Page **1** of **7**

# STIPULATION AND ORDER REGARDING CONOCOPHILLIPS' FUNDS – AMANDA WRIGHT

Plaintiff ConocoPhillips Alaska, Inc. ("ConocoPhillips") and Defendant Amanda Wright ("Ms. Wright") (together with ConocoPhillips, "the Parties"), hereby stipulate to the following terms and conditions:

1. Defendant Amanda Wright is an owner of Spectrum Consulting and Spectrum Residential Services, and is a managing member of Wright Capital Investments, LLC.

2. The Parties stipulate that funds improperly obtained from ConocoPhillips were deposited into the Alaska USA Federal Credit Union joint personal checking account ending in 5623. Ms. Wright disclaims any interest in said funds and does not oppose the transfer of any funds from said account to ConocoPhillips including, without limitation, in connection with its forthcoming application for default judgment against Mr. Wright, Wright Capital Investments, LLC, and DB Oilfield Support Services in this action.

3. The Parties stipulate that funds improperly obtained from ConocoPhillips were likely deposited into the Spectrum Consulting Services account at Alaska USA Federal Credit Union ending in 0183. Ms. Wright disclaims any and all interest in said funds and does not oppose the transfer of any funds from said account to ConocoPhillips including, without limitation, in connection with its forthcoming application for default judgment against Mr. Wright, Wright Capital Investments, LLC, and DB Oilfield Support Services in this action.

4. The Parties stipulate that funds improperly obtained from ConocoPhillips were deposited into the Wright Capital Investments, LLC's account at Wells Fargo ending in 4392. Ms. Wright disclaims any and all interest in said funds and does not oppose the transfer of any funds from said account to ConocoPhillips including, without

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order regarding ConocoPhillips' Funds – Amanda Wright**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG   Page **2** of **7**

Case 3:19-cv-00311-SLG   Document 62   Filed 05/01/20   Page 2 of 7

limitation, in connection with its forthcoming application for default judgment against Mr. Wright, Wright Capital Investments, LLC, and DB Oilfield Support Services in this action.

5. The Parties stipulate that funds improperly obtained from ConocoPhillips were used to acquire and maintain the following real properties situated in Clark County, Nevada identified in subparagraphs a. through q. (the "Nevada Real Properties") in the name of Wright Capital Investments, LLC. Ms. Wright disclaims any interest in the Nevada Real Properties, and Ms. Wright stipulates that ConocoPhillips is entitled to a constructive trust over the Nevada Real Properties and that legal title to the Nevada Real Properties identified below should be rightfully be vested in ConocoPhillips (or its designee):

    a. Assessor's Parcel Number ("APN") 138-23-613-035
       6233 Espinosa Avenue
       Las Vegas, Nevada

    b. APN 138-24-115-006
       5908 W Bartlett Avenue
       Las Vegas, Nevada

    c. APN 138-25-112-019
       1524 Saylor Way
       Las Vegas, Nevada

    d. APN 138-25-114-057
       1400 Saylor Way
       Las Vegas, Nevada

    e. APN 138-25-312-008
       5824 Iris Avenue
       Las Vegas, Nevada

    f. APN 138-25-314-039
       5821 Halifax Avenue
       Las Vegas, Nevada

    g. APN 138-34-711-027
       716 Vincent Way
       Las Vegas, Nevada

    h. APN 138-34-712-050

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order regarding ConocoPhillips' Funds – Amanda Wright**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG Page **3** of **7**

609 Cline Street
Las Vegas, Nevada

i. APN 138-35-711-036
501 Slayton Drive
Las Vegas, Nevada

j. APN 138-36-120-029
5420 Banjo Street
Las Vegas, Nevada

k. APN 139-08-411-011
3602 Gold Sluice Avenue
North Las Vegas, Nevada

l. APN 139-19-213-079
4609 Sawyer Avenue
Las Vegas, Nevada

m. APN 139-29-714-050
2149 Sleepy Court
Las Vegas, Nevada

n. APN 139-30-318-007
721 Fairway Drive
Las Vegas, Nevada

o. APN 140-22-314-028
1826 Green Acres Avenue
Las Vegas, Nevada

p. APN 163-01-612-049
5201 Mountain View Drive
Las Vegas, Nevada

q. APN 163-15-810-114
3973 Arrowood Drive
Las Vegas, Nevada

6. The Parties stipulate that ConocoPhillips shall have access to all monthly or periodic statements for Amanda Wright, individually or jointly, and Wright Capital Investments, LLC, Spectrum Consulting Services, Spectrum Residential, or any combination thereoef. This includes, but is not limited to, information reflecting any financial transactions into or out of those accounts listed in paragraphs 2 through 4, such as, but not limited to, deposits, withdrawals, automatic payments, wire transfers, obtaining certified checks, cashiers or bank checks, etc. Ms. Wright agrees to execute

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order regarding ConocoPhillips' Funds – Amanda Wright**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG   Page **4** of **7**

Case 3:19-cv-00311-SLG   Document 62   Filed 05/01/20   Page 4 of 7

any further releases as may be required by any such bank, credit union or financial institution for ConocoPhillips to obtain access to said account information reflecting any financial transactions into, out of, or related to those accounts, such as described above.

7. Ms. Wright further stipulates that she is not aware of any other entities or persons who claim to have an ownership or other interest in, or claim against, the funds in the accounts described in paragraphs 2 through 4 or the Nevada Real Properties described in paragraph 5, other than a certain Deed of Trust dated on or about September 10, 2019 that was recorded against two of the Nevada Real Properties.

8. Ms. Wright agrees to take any and all actions, including the execution of any and all documents, necessary to effectuate the return of the funds described in paragraphs 2 through 4 of this Stipulation to ConocoPhillips or the transfer of the Nevada Real Properties described in paragraph 5 of this Stipulation to ConocoPhillips' designee or the receiver as the Court may order, including Quitclaim Deeds, if requested. Ms. Wright further disclaims any interest in any other account or fund(s) that contains any funds that were improperly obtained from ConocoPhillips.

9. The stipulations, agreements, promises, and disclaimers made by Ms. Wright in this Stipulation are made by her both in her individual capacity and on behalf of Spectrum Consulting, Spectrum Residential Services, Wright Capital Investments, LLC and any other entity which she owns, controls or manages, including but not limited to Spectrum Consulting Services, the business entity listed on Alaska USA Federal Credit Union statements (to the extent it exists and/or Ms. Wright has any interest in it or those accounts).

10. The only account Ms. Wright has that is **NOT** to have all assets in it transferred to ConocoPhillips is at Key Bank, account ending 9317.

11. Ms. Wright does not oppose entry of Default Judgment against Defendant's Forrest Wright, Wright Capital Investments, LLC and DB Oilfield Supports Services.

Delaney Wiles, Inc.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order regarding ConocoPhillips' Funds – Amanda Wright**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG Page **5** of **7**

Case 3:19-cv-00311-SLG   Document 62   Filed 05/01/20   Page 5 of 7

12. Nothing in this Stipulation is to be construed or inferred as an admission of liability by any Defendant, in any way, to the allegations in the Complaint. Moreover, pursuant to Federal Rule of Civil Procedure 408(a) evidence of this Stipulation and these agreements is not admissible at trial unless agreed to by all Parties.

13. Nothing about this Stipulation discharges Amanda Wright from paying any remaining balances for damages/amounts the Court Orders, or the parties through a future stipulation agree is owed to CPAI.

DELANEY WILES, INC.
Attorneys for Conoco Phillips Alaska, Inc.

DATED: 5/1/2020　　　By: /s/ Timothy J. Lamb
　　　　　　　　　　　　　TIMOTHY J. LAMB
　　　　　　　　　　　　　Alaska Bar No. 8409080

NESBETT LAW OFFICE
Attorneys for Amanda Wright

DATED: 5/1/2020　　　By: /s/ Michelle S. Nesbett
　　　　　　　　　　　　　MICHELLE S. NESBETT
　　　　　　　　　　　　　Alaska Bar No. 0705028

**ORDER**

**IT IS SO ORDERED.**

_____
HONORABLE SHARON L. GLEASON
United States District Court Judge

DATED: _____

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order regarding ConocoPhillips' Funds – Amanda Wright**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG　Page **6** of **7**

Case 3:19-cv-00311-SLG   Document 62   Filed 05/01/20   Page 6 of 7

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the foregoing was emailed on the 1st day of May, 2020 to the following:

Jeffrey W. Robinson
Laura C. Dulic
Ashburn & Mason, P.C.
1227 W. 9th Ave., Ste. 200
Anchorage, AK 99501
jeffrey@anchorlaw.com
laura@anchorlaw.com
(Attorneys for Kelly Keays)

Phillip Paul Weidner
Phillip Paul Weidner & Associates, APC
943 W. 6th Ave., Ste. 300
Anchorage, AK 99501
phillipweidner@weidnerjustice.com
(Attorneys for Nathan Keays and Eco Edge Armoring, LLC)

Michelle S. Nesbett
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
michelle@bhb.com
(Attorney for Amanda Wright)

David Benefield (mailed)
          And
DB Oilfield Support Services
c/o David Benefield
15030 E. 253rd St. S.
Webbers Falls, OK 74470
dbenefield58@hotmail.com

Wright Capital Investments, LLC (mailed)
c/o Anna McDonough, Registered Agent
6550 S. Pecos Rd., Ste. 115
Las Vegas, NV 89120
Forrestwright8@hotmail.com

Forrest Wright
1901 Colony Place
Anchorage, AK 99507
Forrestwright8@hotmail.com

s/Angela R. Bell
4821-4973-6891, v. 1

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order regarding ConocoPhillips' Funds – Amanda Wright**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG  Page **7** of **7**