IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES,<br><br>　　　　　Defendants. | **Case No. 3:19-cv-00311-SLG**<br><br>Lead Case |
| CONOCOPHILLIPS ALASKA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>FORREST WRIGHT; AMANDA WRIGHT; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES,<br><br>　　　　　Defendants. | Case No. 3:20-cv-00072-SLG |

## ORDER REGARDING CONOCOPHILLIPS' FUNDS – NATHAN KEAYS AND ECO EDGE ARMORING, LLC

At Docket 68, Plaintiff ConocoPhillips Alaska, Inc. ("ConocoPhillips"), Defendant Nathan Keays ("Mr. Keays"), and Defendant Eco Edge Armoring, LLC ("EEA"), (together with ConocoPhillips, "the Parties"), filed a stipulation in which

they agreed to the entry of an order that incorporated the terms of their agreement. Good cause being shown, IT IS ORDERED that the terms of the Parties' stipulation at Docket 68 are APPROVED and IT IS SO ORDERED.

DATED this 7th day of May, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cv-00311-SLG, *ConocoPhillips Alaska, Inc., v. Wright, et al.*
Order re Stipulation Regarding ConocoPhillips' Funds – Nathan Keays and Eco Edge Armoring, LLC
Page 2 of 2

Case 3:19-cv-00311-SLG   Document 73   Filed 05/07/20   Page 2 of 2