## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, <br><br> Defendants. | **Case No. 3:19-cv-00311-SLG** <br><br> Lead Case |
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORREST WRIGHT; AMANDA WRIGHT; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, <br><br> Defendants. | Case No. 3:20-cv-00072-SLG |

## ORDER REGARDING CONOCOPHILLIPS' FUNDS – KELLY KEAYS

At Docket 69, Plaintiff ConocoPhillips Alaska, Inc. ("ConocoPhillips") and Defendant Kelly Keays ("Ms. Keays") (together with ConocoPhillips, "the Parties"), filed a stipulation in which they agreed to the entry of an order that incorporated the terms of their agreement. Good cause being shown, IT IS

ORDERED that the terms of the Parties' stipulation at Docket 69 are APPROVED and IT IS SO ORDERED.

DATED this 8th day of May, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cv-00311-SLG, *ConocoPhillips Alaska, Inc., v. Wright, et al.*
Order re Stipulation Regarding ConocoPhillips' Funds – Kelly Keays
Page 2 of 2
Case 3:19-cv-00311-SLG   Document 74   Filed 05/08/20   Page 2 of 2