Timothy J. Lamb
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORREST WRIGHT; AMANDA WRIGHT; ) <br> NATHAN KEAYS; KELLY KEAYS; ) <br> ECO EDGE ARMORING, LLC; DAVID ) <br> BENEFIELD; WRIGHT CAPITAL ) <br> INVESTMENTS, LLC; and DB OILFIELD ) <br> SUPPORT SERVICES, ) <br> ) <br> Defendants. ) <br> ) | **Case No. 3:19-cv-00311-SLG** <br><br> Consolidated |
| CONOCOPHILLIPS ALASKA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORREST WRIGHT; AMANDA WRIGHT; ) <br> DAVID BENEFIELD; WRIGHT CAPITAL ) <br> INVESTMENTS, LLC; and DB OILFIELD ) <br> SUPPORT SERVICES, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:20-cv-00072-TMB |

delaney wiles, inc.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order Allowing Sale of Contents of Alaska Garage Condos Transferred by Nathan Keays and Eco Edge Armoring, LLC**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG Page **1** of **3**

# STIPULATION AND ORDER ALLOWING SALE OF CONTENTS OF ALASKA GARAGE CONDOS TRANSFERRED BY NATHAN KEAYS AND ECO EDGE ARMORING, LLC

Plaintiff ConocoPhillips Alaska, Inc. ("ConocoPhillips"), Defendant Nathan Keays ("Mr. Keays") and Defendant Eco Edge Armoring, LLC ("EEA") (together with ConocoPhillips, "the Parties"), hereby stipulate to the following terms and conditions:

1. Defendant Nathan Keays is the manager and sole owner of Eco Edge Armoring, LLC (EEA).

2. The Parties stipulate that funds improperly obtained from ConocoPhillips may have been used to purchase items of personal property such as an automobile, etc., that were/are in the Garage Condos recently transferred to the Alaska Garage Condos Trust. Mr. Keays and EEA disclaim any and all interest in the personal property contained in those Garage Condos and does not oppose the transfer of them to the Alaska Garage Condos Trust without any limitations.

3. The Parties specifically stipulate ownership of a 1972 Dodge Charger, VIN WP29M2G119848, Plate 72 440, shall be transferred to the Alaska Garage Condos Trust.

4. The Parties further stipulate that ownership of any other personal property located in any of the three (3) Garage Condos previously transferred to the Alaska Garage Condos Trust (*See* Judge Gleason's Order at Docket 75) may be sold by the Alaska Garage Condos Trust and the proceeds to go to ConocoPhillips without any limitations.

5. Nothing in this Stipulation is to be construed or inferred as an admission of liability by any Defendant, in any way, to the allegations in the Complaint. Moreover, pursuant to Federal Rule of Civil Procedure 408(a) evidence of this Stipulation and these agreements is not admissible at trial unless agreed to by all Parties.

6. Nothing about this Stipulation discharges Nathan Keays or Eco Edge Armoring, LLC from paying any remaining balances for damages/amounts the Court

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order Allowing Sale of Contents of Alaska Garage Condos Transferred by Nathan Keays and Eco Edge Armoring, LLC**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG Page **2** of **3**

Case 3:19-cv-00311-SLG   Document 76   Filed 05/28/20   Page 2 of 3

Orders, or the parties through a future stipulation agree is owed to CPAI.

                                DELANEY WILES, INC.
                                Attorneys for Conoco Phillips Alaska, Inc.

DATED: 5/28/2020        By: /s Timothy J. Lamb
                                     TIMOTHY J. LAMB
                                     Alaska Bar No. 8409080

                                WEIDNER & ASSOCIATES
                                Attorneys for Nathan Keays and Eco Edge Armoring, LLC

DATED: 5/28/2020        By: Phillip Paul Weidner
                                     PHILLIP PAUL WEIDNER
                                     Alaska Bar No. 7305032

## **ORDER**

**IT IS SO ORDERED.**

_____
HONORABLE SHARON L. GLEASON
United States District Court Judge

DATED: _____

---

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the foregoing was emailed on the 28th day of May, 2020 to the following:

Jeffrey W. Robinson
Laura C. Dulic
Ashburn & Mason, P.C.
1227 W. 9th Ave., Ste. 200
Anchorage, AK 99501

laura@anchorlaw.com
(Attorneys for Kelly Keays)

Phillip Paul Weidner
Phillip Paul Weidner & Associates, APC
943 W. 6th Ave., Ste. 300
Anchorage, AK 99501
phillipweidner@weidnerjustice.com
(Attorneys for Nathan Keays and Eco Edge Armoring, LLC)

Michelle S. Nesbett
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
michelle@bhb.com
(Attorney for Nathan Keays)

David Benefield (mailed)
  and
DB Oilfield Support Services
c/o David Benefield
15030 E. 253rd St. S.
Webbers Falls, OK 74470
dbenefield58@hotmail.com

Wright Capital Investments, LLC (mailed)
c/o Anna McDonough, Registered Agent
6550 S. Pecos Rd., Ste. 115
Las Vegas, NV 89120
Forrestwright8@hotmail.com

Forrest Wright
1901 Colony Place
Anchorage, AK 99507
Forrestwright8@hotmail.com

s/Angela R. Bell
4825-9983-5069, v. 1

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska 99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order Allowing Sale of Contents of Alaska Garage Condos Transferred by Nathan Keays and Eco Edge Armoring, LLC**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG Page **3** of **3**