Michelle S. Nesbett
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
mnesbett@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorney for Defendant Amanda Wright

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, <br><br> Defendants. | Case No. 3:19-cv-00311-SLG <br><br> Lead Case |
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FORREST WRIGHT; AMANDA WRIGHT; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, <br><br> Defendants. | Case No. 3:20-cv-00072-SLG |

Notice of Withdrawal
ConocoPhillips Alaska, Inc. v. Forrest Wright, et al., Case No. 3:19-cv-311-SLG
Page 1 of 2
00942234.DOCX

Case 3:19-cv-00311-SLG   Document 86   Filed 06/18/20   Page 1 of 2

# NOTICE OF WITHDRAWAL OF COUNSEL

Jeffrey B. Setness, attorney for Defendant Amanda Wright, has withdrawn as counsel in this matter. Mr. Setness was local counsel in Nevada for the purpose of undersigned's pro hac vice status when this matter was pending in the District of Nevada. The undersigned attorney continues to represent Defendant Amanda Wright.

Dated: this 18th day of June, 2020

                            s/ Michelle S. Nesbett
                            MICHELLE S. NESBETT
                            Attorney for Amanda Wright
                            Alaska Bar No: 0705028

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on this 18th day of June, 2020, a copy of foregoing this document was served ELECTRONICALLY on:

| | |
|---|---|
| Jeffrey B. Setness<br>jsetness@fabianvancott.com<br>*Attorney for Amanda Wright* | Timothy J. Lamb<br>tjl@delaneywiles.com<br>*Attorney for ConocoPhillips Alaska, Inc.* |
| Phillip Paul Weidner<br>phillipweidner@weidnerjustice.com<br>*Attorney for Nathan Keays and*<br>*Eco Edge Armoring, LLC* | David Benefield<br>and DB Oilfield Support Services<br>c/o David Benefield<br>dbenefield58@hotmail.com<br>*Pro Se* |
| Jeffrey W. Robinson<br>Laura C. Dulic<br>jeffrey@anchorlaw.com<br>laura@anchorlaw.com<br>*Attorneys for Kelly Keays* | Wright Capital Investments, LLC<br>c/o Anna McDonough, Registered Agent<br>and Forrest Wright<br>forrestwright8@hotmail.com |

s/ Michelle S. Nesbett

Notice of Withdrawal
ConocoPhillips Alaska, Inc. v. Forrest Wright, et al., Case No. 3:19-cv-311-SLG
Page 2 of 2
00942234.DOCX