# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES,<br><br>        Defendants. | **Case No. 3:19-cv-00311-SLG**<br><br>Lead Case |
| CONOCOPHILLIPS ALASKA, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>FORREST WRIGHT; AMANDA WRIGHT; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES,<br><br>        Defendants. | (Consolidated)<br><br>Case No. 3:20-cv-00072-SLG |

## ORDER RE FUTURE FILINGS BY RECEIVER

A receiver was appointed in this matter in an order dated June 5, 2020 at Docket 85. Pursuant to that order, the receiver mailed a report to the Court, which has been docketed at Docket 89. *See* Docket 85 at page 15, ¶ 22.

The order appointing the receiver contemplates that there will be additional reports filed by the receiver with the Court.  The first page of any additional filings by the receiver shall be made in compliance with Local Rule 7.5(b).  Counsel for ConocoPhillips is directed to provide a template of the case caption to the receiver for his future use.

DATED this 28th day of July, 2020, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cv-00311-SLG, *ConocoPhillips Alaska, Inc., v. Wright, et al.*
Order Re Future Filings by Receiver
Page 2 of 2

Case 3:19-cv-00311-SLG   Document 90   Filed 07/28/20   Page 2 of 2