Timothy J. Lamb
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, <br><br> Defendants. | **Case No. 3:19-cv-00311-SLG** <br><br> Lead Case |
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORREST WRIGHT; AMANDA WRIGHT; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, <br><br> Defendants. | Case No. 3:20-cv-00072-TMB |

**Stipulation and Order regarding Win-the-Day, LLC – Amanda Wright**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG   Page **1** of **4**

## STIPULATION AND ORDER REGARDING CONOCOPHILLIPS' FUNDS AND WIN-THE-DAY, LLC– AMANDA WRIGHT

Plaintiff ConocoPhillips Alaska, Inc. ("ConocoPhillips") and Defendant Amanda Wright ("Ms. Wright") (together with ConocoPhillips, "the Parties"), hereby stipulate to the following terms and conditions:

1. Defendant Amanda Wright is a managing member of Wright Capital Investments, LLC.

2. The Parties stipulate that funds improperly obtained from ConocoPhillips were invested with Win-the-Day, LLC (**the "Investment"**) by Wright Capital Investments, LLC. The transfers were made by Forrest Wright and/or Amanda Wright.

3. Amanda Wright disclaims any interest in **the Investment** and any funds or money invested with Win-the-Day, LLC, by Wright Capital Investments, LLC, or that she individually may have sent to it, and agrees that all money held by Win-the-Day, LLC invested by Wright Capital Investments, LLC and/or in her individual name belongs to ConocoPhillips Alaska, Inc.

4. Amanda Wright stipulates to the transfer of any funds from Win-the-Day, LLC to Jason Mattson, Wright Capital Investments, LLC's Receiver in Nevada, including, without limitation, the original investments in Win-the-Day, LLC by Wright Capital Investments, LLC or her (if any) and any unpaid earnings.

5. The Parties stipulate that ConocoPhillips, and its designee and/or the Receiver shall have access to all of Win-the-Day, LLC's monthly periodic statements and accounting statements or records for Amanda Wright, individually and/or jointly with Wright Capital Investments, LLC, or any combination thereof. In addition, the documents produce shall include, but are not limited to, information reflecting any financial transactions into or out of Win-the-Day, LLC accounts listed in her individual name, or the name of Wright Capital Investments, LLC, and/or Forrest Wright or any

Delaney Wiles, Inc.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order regarding Win-the-Day, LLC – Amanda Wright**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG   Page **2** of **4**

Case 3:19-cv-00311-SLG   Document 97   Filed 09/24/20   Page 2 of 4

combination of the three, such as, but not limited to, deposits, withdrawals, automatic payments, wire transfers, deposits or transfers of certified checks, cashiers check or bank checks, etc.

6. The stipulations, agreements, promises, and disclaimers made by Ms. Wright in this Stipulation are made by her both on behalf of Wright Capital Investments, LLC, and in her individual capacity or any combination of those two (to the extent Amanda Wright has (or may have) any individual interest in any Win-the-Day, LLC accounts or she is owed any return of investment or return of earnings from Win-the-Day, LLC).

7. Nothing in this Stipulation is to be construed or inferred as an admission of liability by any Defendant, in any way, to the allegations in the Complaint. Moreover, pursuant to Federal Rule of Civil Procedure 408(a) evidence of this Stipulation and these agreements is not admissible at trial unless agreed to by all Parties.

8. Nothing about this Stipulation discharges Amanda Wright from paying any remaining balances for damages/amounts the Court Order, or the parties through a future stipulation may agree is owed to CPAI.

DELANEY WILES, INC.
Attorneys for Conoco Phillips Alaska, Inc.

DATED: September 23, 2020      By: /s/ Timothy J. Lamb
                                    TIMOTHY J. LAMB
                                    Alaska Bar No. 8409080

NESBETT LAW OFFICE
Attorneys for Amanda Wright

DATED: September 23, 2020      By: /s/ Michelle S. Nesbett
                                    MICHELLE S. NESBETT
                                    Alaska Bar No. 0705028

//

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order regarding Win-the-Day, LLC – Amanda Wright**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG   Page **3** of **4**

# **ORDER**

Based upon the Stipulation of these two parties, **IT IS SO ORDERED.**

_____     _____
DATED                                                         HONORABLE SHARON L. GLEASON
                                                                          United States District Court Judge


CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the foregoing was emailed on the 23rd day of September, 2020 to the following:

Jeffrey W. Robinson
Laura C. Dulic
Ashburn & Mason, P.C.
1227 W. 9th Ave., Ste. 200
Anchorage, AK 99501
jeffrey@anchorlaw.com
laura@anchorlaw.com
(Attorneys for Kelly Keays)

Phillip Paul Weidner
Phillip Paul Weidner & Associates, APC
943 W. 6th Ave., Ste. 300
Anchorage, AK 99501
phillipweidner@weidnerjustice.com
(Attorneys for Nathan Keays and Eco Edge Armoring, LLC)

Michelle S. Nesbett
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
michelle@bhb.com
(Attorney for Amanda Wright)

s/Angela R. Bell
4816-9717-0124, v. 1

David Benefield (mailed)
        And
DB Oilfield Support Services
c/o David Benefield
15030 E. 253rd St. S.
Webbers Falls, OK 74470
dbenefield58@hotmail.com

Wright Capital Investments, LLC (mailed)
c/o Anna McDonough, Registered Agent
6550 S. Pecos Rd., Ste. 115
Las Vegas, NV 89120
Forrestwright8@hotmail.com

Forrest Wright
c/o Cook Inlet Pretrial Facility
1300 East 4th Avenue
Anchorage, Alaska 99501
Forrestwright8@hotmail.com

DELANEY WILES, INC.
Suite 300
1007 West 3rd Avenue
Anchorage, Alaska
99501
(907) 279-3581
Fax (907) 277-1331

**Stipulation and Order regarding Win-the-Day, LLC – Amanda Wright**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG   Page **4** of **4**