Jason Mattson
Orange Realty Group
5230 McLeod Drive, Suite 100
Las Vegas, Nevada 89120
(702) 617-0000
(888) 550-6694 Fax
jason@orglv.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CONOCOPHILLIPS ALASKA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FORREST WRIGHT; AMANDA WRIGHT; | ) | **Case No. 3:19-cv-00311-SLG** |
| NATHAN KEAYS; KELLY KEAYS; | ) | |
| ECO EDGE ARMORING, LLC; DAVID | ) | Lead Case |
| BENEFIELD; WRIGHT CAPITAL | ) | |
| INVESTMENTS, LLC; and DB OILFIELD | ) | |
| SUPPORT SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CONOCOPHILLIPS ALASKA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FORREST WRIGHT; AMANDA WRIGHT; | ) | Case No. 3:20-cv-00072-TMB |
| DAVID BENEFIELD; WRIGHT CAPITAL | ) | |
| INVESTMENTS, LLC; and DB OILFIELD | ) | |
| SUPPORT SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## RECEIVER'S SECOND SUPPLEMENTAL FINANCIAL REPORT TO COURT

**Receiver's First Supplemental Report to Court**      Page **1** of **2**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright, et. al.* Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 99   Filed 10/06/20   Page 1 of 33

Receiver, Jason Mattson of Orange Realty Group, hereby provides the Court and parties its second Supplemental Financial Report (attached 33 pages).

DATED this __5th__ day of October, 2020 at Las Vegas, Nevada.

ORANGE REALTY GROUP

Jason Mattson, Owner/Broker

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was mailed on the 5th day of October, 2020 to the following:

Jeffrey W. Robinson
Laura C. Dulic
Ashburn & Mason, P.C.
1227 W. 9th Ave., Ste. 200
Anchorage, AK 99501
jeffrey@anchorlaw.com
laura@anchorlaw.com
(Attorneys for Kelly Keays)

David Benefield (mailed)
   and
DB Oilfield Support Services
c/o David Benefield
15030 E. 253rd St. S.
Webbers Falls, OK 74470
dbenefield58@hotmail.com

Phillip Paul Weidner
Phillip Paul Weidner & Associates, APC
943 W. 6th Ave., Ste. 300
Anchorage, AK 99501
phillipweidner@weidnerjustice.com
(Attorneys for Nathan Keays and Eco Edge Armoring, LLC)

Wright Capital Investments, LLC
c/o Anna McDonough, Registered Agent
6550 S. Pecos Rd., Ste. 115
Las Vegas, NV 89120
Forrestwright8@hotmail.com

Michelle S. Nesbett
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
mnesbett@bhb.com
(Attorney for Amanda Wright)

Forrest Wright
1901 Colony Place
Anchorage, AK 99507
Forrestwright8@hotmail.com

4827-6092-1287, v. 1

**Receiver's First Supplemental Report to Court**                                                                 Page **2** of **2**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Amanda Wright, et. al.*  Case No. 3:19-cv-00311-SLG

Case 3:19-cv-00311-SLG   Document 99   Filed 10/06/20   Page 2 of 33

**Initial Inventory of Wright Capital Investments, LLC**

Real Property:

| Street # | Street Name | Zip | Parcel | |
|----------|-------------|-----|--------|---|
| 501 | SLAYTON DR | 89107 | 138-35-711-036 | SOLD 7/15/2020 |
| 609 | Cline St | 89145 | 138-34-712-050 | SOLD 8/19/2020 |
| 716 | Vincent Way | 89145 | 138-34-711-027 | |
| 721 | Fairway Dr. | 89107 | 139-30-318-007 | SOLD 9/30/2020 |
| 1400 | SAYLOR WAY | 89108 | 138-25-114-057 | SOLD 7/31/2020 |
| 1524 | Saylor Way | 89108 | 138-25-112-019 | SOLD 8/19/2020 |
| 1826 | Green Acres Ave | 89156 | 140-22-314-028 | |
| 2149 | SLEEPY CT | 89106 | 139-29-714-050 | SOLD 7/30/2020 |
| 3602 | Gold Sluice Ave | 89032 | 139-08-411-011 | |
| 3973 | ARROWOOD DR | 89147 | 163-15-810-114 | |
| 4609 | SAWYER AVE | 89108 | 139-19-213-079 | SOLD 8/7/2020 |
| 5201 | Mountain View Dr. | 89146 | 163-01-612-049 | SOLD 9/9/2020 |
| 5420 | BANJO STREET | 89107 | 138-36-120-029 | |
| 5821 | HALIFAX AVE | 89107 | 138-25-314-039 | |
| 5824 | Iris Ave. | 89107 | 138-25-312-008 | SOLD 8/6/2020 |
| 5908 | W BARTLETT AVE | 89108 | 138-24-115-006 | SOLD 7/23/2020 |
| 6233 | Espinosa Ave | 89108 | 138-23-613-035 | SOLD 7/14/2020 |

Funds held with Property Management Company as of 10/05/2020

| Street # | Street Name | Cash Held | Outstanding Bills |
|----------|-------------|-----------|-------------------|
| 501 | SLAYTON DR | $ 2,102.00 | $ - |
| 609 | Cline St | $ 126.00 | $ - |
| 716 | Vincent Way | $ 7,795.37 | $ - |
| 721 | Fairway Dr. | $ 5,412.70 | $ - |
| 1400 | SAYLOR WAY | $ 1,936.59 | $ - |
| 1524 | Saylor Way | $ 5,044.26 | $ - |
| 1826 | Green Acres Ave | $ 9,505.07 | $ (625.00) |
| 2149 | SLEEPY CT | $ 2,270.82 | $ - |
| 3602 | Gold Sluice Ave | $ 3,442.84 | $ - |
| 3973 | ARROWOOD DR | $ 7,706.82 | $ - |
| 4609 | SAWYER AVE | $ - | $ - |
| 5201 | Mountain View Dr. | $ 8,760.84 | $ - |
| 5420 | BANJO STREET | $ 7,383.46 | $ - |
| 5821 | HALIFAX AVE | $ 5,167.81 | $ - |
| 5824 | Iris Ave. | $ 2,968.36 | $ - |
| 5908 | W BARTLETT AVE | $ 1,905.99 | $ (2,035.65) |
| 6233 | Espinosa Ave | $ - | $ - |
| | Sub-Total | $ 71,528.93 | $ (2,660.65) |
| | **Total** | **$ 68,868.28** | |

Funds Received From Resale of Properties

| Street # | Street Name | Resale Proceeds |
|----------|-------------|-----------------|
| 501 | SLAYTON DR | $ 172,141.15 |
| 6233 | Espinosa Ave | $ 192,852.72 |
| 1400 | Saylor Way | $ 184,588.60 |
| 2149 | Sleepy | $ 128,396.96 |
| 5908 | Bartlett | $ 256,761.68 |
| 5201 | Mountain View | $ 208,427.15 |
| 609 | Cline | $ 204,074.35 |
| 1524 | Saylor Way | $ 197,102.18 |
| 4609 | Sawyer Ave | $ 167,043.85 |
| 5824 | Iris Ave | $ 194,513.53 |
| 721 | Fairway Dr | $ 211,458.91 |
| | Total | $ 2,117,361.08 |

Funds Disbursed from Proceeds

| Date | Payee | Amount | Notes |
|------|-------|--------|-------|
| 9/2/2020 | ConocoPhilips Alaska, Inc | $ (1,000,000.00) | Distribution |
| 9/4/2020 | Lawyer's Title | $ (320,000.00) | Payoff of Note |
| 9/23/2020 | ConocoPhilips Alaska, Inc | $ (500,000.00) | Distribution |
| | Total | $ (1,820,000.00) | |

**Outstanding Bank Balance**　　　　　**$　　297,361.08**

# LAWYERS TITLE OF NEVADA, INC.

10801 W. Charleston Blvd, Suite 225, Las Vegas, NV 89135

Phone: (702) 385-4141    Fax: (702) 369-8540

**Combined Settlement Statement**

**Final**

| | |
|---|---|
| **Escrow No:** 03118203 - 310 MM6 | **Close Date:** 08/19/2020 |

**Proration Date:** 08/19/2020     **Disbursement Date:** 08/20/2020

**Buyer(s)/Borrower(s):** MJ Real Estate Investments LLC
9068 W Post Road, Ste A
Las Vegas, NV 89148

**Seller(s):** Wright Capital Investments LLC, a Nevada limited liability company
PO Box 211924
Anchorage, AK 99521

Certified to be a true copy of the original
LAWYERS TITLE OF NEVADA, INC.
By:

**Lender:** Anchor Nationwide Loans, LLC     **Loan #:** 880533
**Property:** 609 Cline Street
Las Vegas, NV 89145

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **TOTAL CONSIDERATION:** | | |
| | 220,000.00 | Total Consideration | 220,000.00 | |
| | | Deposit/Earnest Money | | 2,500.00 |
| | | Closing Funds | | 27,107.42 |
| | | **NEW AND EXISTING ENCUMBRANCES:** | | |
| | | New Loan from Anchor Nationwide Loans, LLC | | 198,000.00 |
| | | **LENDER'S AND LOAN RELATED CHARGES:** | | |
| | | Loan Origination Fee to Anchor Nationwide Loans, LLC | 1,980.00 | |
| | | Underwriting to Anchor Nationwide Loans, LLC | 350.00 | |
| | | Processing Fee to Anchor Nationwide Loans, LLC | 200.00 | |
| | | Inspection Fee to Anchor Nationwide Loans, LLC | 100.00 | |
| | | Document Fee to Anchor Nationwide Loans, LLC | 100.00 | |
| | | Prepaid Interest to Anchor Nationwide Loans, LLC @ $0.00 per day from 8/19/2020 to 8/31/2020 | 572.00 | |
| | | **PRORATIONS AND ADJUSTMENTS:** | | |
| | 115.02 | County Taxes from 8/19/2020 to 10/1/2020 based on the Annual amount of $985.89 | 115.02 | |
| | 6.53 | Trash from 8/19/2020 to 9/1/2020 based on the Quarterly amount of $48.96 | 6.53 | |
| | 30.30 | Sewer from 8/19/2020 to 10/1/2020 based on the Quarterly amount of $64.93 | 30.30 | |
| | | **COMMISSIONS:** | | |
| 13,200.00 | | Commission | | |
| | | $6,600.00 (3% of $220,000.00) to Orange Realty Group | | |
| | | $6,600.00 (3% of $220,000.00) to Orange Realty Group | | |
| | | Broker Transaction Fee to Orange Realty Group | 599.00 | |
| | | **TITLE AND ESCROW CHARGES:** | | |
| | | Lenders Policy $245,000.00 to seller investor discount | 773.90 | |
| 891.10 | | Owners Policy $220,000.00 to seller investor discount | | |
| | | Title Inspection to Lawyers Title of Nevada, Inc. | 100.00 | |
| 276.50 | | Escrow Fee to Lawyers Title of Nevada, Inc. | 395.00 | |
| | | **RECORDING FEES:** | | |

# LAWYERS TITLE OF NEVADA, INC.

10801 W. Charleston Blvd, Suite 225, Las Vegas, NV 89135

Phone: (702) 385-4141    Fax: (702) 369-8540

**Combined Settlement Statement**

**Final**

**Escrow No:** 03118203 - 310 MM6    **Close Date:** 08/19/2020    **Proration Date:** 08/19/2020    **Disbursement Date:** 08/20/2020

| Seller Debit | Seller Credit | Description | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|---|
| | | Recording Fees to Lawyers Title of Nevada, Inc. | | 84.00 | |
| 4.50 | | E-Recording Service Fee to Lawyers Title of Nevada, Inc. | | 9.00 | |
| 42.00 | | Release of Lis Pendens to Lawyers Title of Nevada, Inc. | | | |
| 1,122.00 | | County Transfer Tax to Lawyers Title of Nevada, Inc. | | | |
| | | **ADDITIONAL CHARGES:** | | | |
| 247.90 | | Taxes to Clark County Treasurer | | 498.80 | |
| 268.50 | | Sewer to City of Las Vegas Sewer Servic | | | |
| 25.00 | | Trash Fees to Republic Services | | | |
| 16,077.50 | 220,151.85 | Sub Totals | | 225,913.55 | 227,607.42 |
| 204,074.35 | | Proceeds Due Seller | Refund Due Buyer | 1,693.87 | |
| 220,151.85 | 220,151.85 | Totals | | 227,607.42 | 227,607.42 |

# LAWYERS TITLE OF NEVADA, INC.

10801 W. Charleston Blvd, Suite 225, Las Vegas, NV 89135

Phone: (702) 385-4141   Fax: (702) 369-8540

**Combined Settlement Statement**

**Final**

---

**Escrow No:** 03118211 - 310 MM6    **Close Date:** 09/30/2020    **Proration Date:** 09/30/2020    **Disbursement Date:** 10/01/2020

---

**Buyer(s)/Borrower(s):**   Jorge Enrique Lopez Alvarez
721 Fairway Drive
Las Vegas, NV 89107

**Seller(s):**   Wright Capital Investments LLC, a Nevada limited liability company
P.O. Box 211924
Anchorage, AK 99521

CERTIFIED TO BE A TRUE COPY OF
THE ORIGINAL
LAWYERS TITLE OF NEVADA, INC.

BY

**Lender:**   CrossCountry Mortgage, LLC    **Loan #:** 22182007974736
ISAOA/ATIMA

**Property:**   721 Fairway Drive
Las Vegas, NV 89107

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---:|---:|---|---:|---:|
| | | **TOTAL CONSIDERATION:** | | |
| | 234,880.00 | Sale Price of Property | 234,880.00 | |
| | | Deposit | | 2,000.00 |
| 5,500.00 | | Seller Credit | | 5,500.00 |
| | | Closing Funds | | 1,000.00 |
| | | Closing funds | | 4,000.00 |
| | | **NEW AND EXISTING ENCUMBRANCES:** | | |
| | | New Loan from CrossCountry Mortgage, LLC ISAOA/ATIMA | | 230,625.00 |
| | | **LENDER'S AND LOAN RELATED CHARGES: - CrossCou** | | |
| | | 30 Day Extension | 1,441.41 | |
| | | Processing Fees | 595.00 | |
| | | Underwriting Fees | 895.00 | |
| | | Appraisal Fee | | |
| | |   $550.00 POC - Buyer | | |
| | | Appraisal Re-Inspection Fee | 175.00 | |
| | | Credit Report Fee | 80.00 | |
| | | Flood Certification | 8.00 | |
| | | Mortgage Insurance Premium | 3,966.53 | |
| | | CPL to Lawyers Title of Nevada, Inc. | 25.00 | |
| 4.50 | | E-recording Service Fee to Lawyers Title of Nevada, Inc. | 13.50 | |
| 283.50 | | Escrow Fee seller investor discout to Lawyers Title of Nevada, Inc. | 405.00 | |
| | | Inspection to Lawyers Title of Nevada, Inc. | 100.00 | |
| | | Homeowner's Insurance Premium to NEED 12 mos. | 938.07 | |
| | | Prepaid Interest to CrossCountry Mortgage, LLC ISAOA/ATIMA @ $17.38 per day from 9/30/2020 to 10/1/2020 | 17.38 | |
| 281.25 | | Property Taxes -1st qtr to Clark County Treasurer 3 mos. | 268.01 | |
| | | Homeowner's Insurance to CrossCountry Mortgage, LLC ISAOA/ATIMA 1 mos. @ $78.1800/month | 78.18 | |
| | | Property Taxes to CrossCountry Mortgage, LLC ISAOA/ATIMA 1 mos. @ $89.3400/month | 89.34 | |
| | | Aggregate Adjustment to CrossCountry Mortgage, LLC ISAOA/ATIMA | (167.52) | |
| | | **PRORATIONS AND ADJUSTMENTS:** | | |

# LAWYERS TITLE OF NEVADA, INC.

10801 W. Charleston Blvd, Suite 225, Las Vegas, NV 89135

Phone: (702) 385-4141    Fax: (702) 369-8540

**Combined Settlement Statement**

**Final**

**Escrow No:** 03118211 - 310 MM6    **Close Date:** 09/30/2020    **Proration Date:** 09/30/2020    **Disbursement Date:** 10/01/2020

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---:|---:|---|---:|---:|
| | 2.98 | County Taxes from 9/30/2020 to 10/1/2020 based on the Annual amount of $1,072.04 | 2.98 | |
| | 24.60 | Sewer from 9/30/2020 to 11/1/2020 based on the Quarterly amount of $71.42 | 24.60 | |
| | 33.18 | Trash from 9/30/2020 to 12/1/2020 based on the Quarterly amount of $48.96 | 33.18 | |
| | | Rents from 8/31/2020 to 9/1/2020 based on the Monthly amount of $2,010.00 | | |
| | | **COMMISSIONS:** | | |
| 12,918.40 | | Commission | | |
| | | $7,046.40 (3% of $234,880.00) to Orange Realty Group | | |
| | | $5,872.00 (2.5% of $234,880.00) to Simply Vegas | | |
| | | **TITLE AND ESCROW CHARGES:** | | |
| | | ALTA Extended Loan Policy (6-17-06) w/ NV Mods for $230,625.00 to Lawyers Title of Nevada, Inc. | 718.80 | |
| | |     Premium: $718.80 | | |
| | | 8.1, 22, 9 to Lawyers Title of Nevada, Inc. | | |
| 972.80 | | ALTA Extended Owners Policy (6-17-06) w/ NV Mods Investor discout to seller for $234,880.00 to Lawyers Title of Nevada, Inc. | | |
| | |     Premium: $972.80 | | |
| | | **RECORDING FEES:** | | |
| | | Recording Fee For Mortgage to Lawyers Title of Nevada, Inc. | 42.00 | |
| | | Recording Fee For Deed to Lawyers Title of Nevada, Inc. | 84.00 | |
| 1,198.50 | | County Transfer Tax to Lawyers Title of Nevada, Inc. | | |
| | | **ADDITIONAL CHARGES:** | | |
| 42.00 | | Release of Lis Pendens to Lawyers Title of Nevada, Inc. | | |
| 1,950.00 | | Sec Deposit transferred  to buyer to Buyer | | |
| 305.90 | | Sewer to City of Las Vegas | | |
| | | Transaction fee to Simply Vegas | 995.00 | |
| 25.00 | | Trash to Republic Services | | |
| | | Warranty to NEED INVOICE | 1,000.00 | |
| | | Gift funds | | 6,000.00 |
| 23,481.85 | 234,940.76 | Sub Totals | 246,708.46 | 249,125.00 |
| 211,458.91 | | Proceeds Due Seller         Refund Due Buyer | 2,416.54 | |
| 234,940.76 | 234,940.76 | Totals | 249,125.00 | 249,125.00 |

# LAWYERS TITLE OF NEVADA, INC.

10801 W. Charleston Blvd, Suite 225, Las Vegas, NV 89135

Phone: (702) 385-4141    Fax: (702) 369-8540

**Combined Settlement Statement**

**Final**

| | | | |
|---|---|---|---|
| **Escrow No:** 03118319 - 310 MM6 | **Close Date:** 08/19/2020 | **Proration Date:** 08/19/2020 | **Disbursement Date:** 08/20/2020 |

**Buyer(s)/Borrower(s):** Eran Yaniv
4894 N Curlew Pl
Eagle, ID 83616
Sharon Yaniv-Lurya
4894 N Curlew Pl
Eagle, ID 83616

**Seller(s):** Wright Capital Investments LLC,

**Property:** 1524 Saylor Way
Las Vegas, NV 89107

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **TOTAL CONSIDERATION:** | | |
| | 215,000.00 | Total Consideration | 215,000.00 | |
| | | Deposit/Earnest Money | | 2,500.00 |
| | | Closing Funds | | 211,350.00 |
| | | **PRORATIONS AND ADJUSTMENTS:** | | |
| | 84.54 | County Taxes from 8/19/2020 to 10/1/2020 based on the Annual amount of $724.66 | 84.54 | |
| | 51.94 | Sewer from 8/19/2020 to 11/1/2020 based on the Quarterly amount of $64.93 | 51.94 | |
| | 6.53 | Trash from 8/19/2020 to 9/1/2020 based on the Quarterly amount of $48.96 | 6.53 | |
| 518.00 | | Credit for rent from 8/19/2020 to 9/1/2020 based on the Monthly amount of $1,295.00 | | 518.00 |
| 2,400.00 | | Crd for Sec/key/pet/clean.deps | | 2,400.00 |
| | | **COMMISSIONS:** | | |
| 11,825.00 | | Commission | | |
| | | $6,450.00 (3% of $215,000.00) to Orange Realty Group | | |
| | | $5,375.00 (2.5% of $215,000.00) to Realty One Group, Inc. | | |
| | | Broker Transaction Fee to Realty One Group, Inc. | 695.00 | |
| | | Broker Transaction Fee to EST/NEED | | |
| | | **TITLE AND ESCROW CHARGES:** | | |
| 891.66 | | Owners Policy $215,000.00 to seller investor discount | | |
| 276.50 | | Escrow Fee to seller investor discount | 395.00 | |
| | | **RECORDING FEES:** | | |
| | | Recording Fees to Lawyers Title of Nevada, Inc. | 42.00 | |
| 4.50 | | E-Recording Service Fee to Lawyers Title of Nevada, Inc. | 4.50 | |
| 42.00 | | Release of Lis Pendens to Lawyers Title of Nevada, Inc. | | |
| 1,096.50 | | County Transfer Tax to Lawyers Title of Nevada, Inc. | | |
| | | **ADDITIONAL CHARGES:** | | |
| 500.00 | | Home Warranty Program to NEED INVOICE | | |
| 183.57 | | Taxes to Clark County Treasurer | | |
| 278.10 | | Sewer to City of Las Vegas Sewer Servic | | |
| 25.00 | | Trash Fees to Republic Services | | |

# LAWYERS TITLE OF NEVADA, INC.

10801 W. Charleston Blvd, Suite 225, Las Vegas, NV 89135

Phone: (702) 385-4141    Fax: (702) 369-8540

**Combined Settlement Statement**

**Final**

**Escrow No:** 03118319 - 310 MM6    **Close Date:** 08/19/2020    **Proration Date:** 08/19/2020    **Disbursement Date:** 08/20/2020

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| 18,040.83 | 215,143.01 | Sub Totals | 216,279.51 | 216,768.00 |
| 197,102.18 | | Proceeds Due Seller          Refund Due Buyer | 488.49 | |
| 215,143.01 | 215,143.01 | Totals | 216,768.00 | 216,768.00 |

Printed by Maria Maneva on 8/20/2020 - 11:49:12AM

Page 2 of 2

# LAWYERS TITLE OF NEVADA, INC.

10801 W. Charleston Blvd, Suite 225, Las Vegas, NV 89135

Phone: (702) 385-4141    Fax: (702) 369-8540

**Combined Settlement Statement**

**Final**

| | | | | |
|---|---|---|---|---|
| **Escrow No:** 03118182 - 310 MM6 | **Close Date:** 09/09/2020 | **Proration Date:** 09/09/2020 | | **Disbursement Date:** |

**Buyer(s)/Borrower(s):** Enrique Coscolluela III
2313 Sunrise Meadows Drive
Las Vegas, NV 89134

**Seller(s):** Wright Capital Investments LLC, a Nevada limited liability company
PO Box 211924
Anchorage, AK 99521

**Lender:** Fairway Independent Mortgage Corporation    **Loan #:** 7770501273

**Property:** 5201 Mountain View Drive
Las Vegas, NV 89146

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---:|---:|---|---:|---:|
| | | **TOTAL CONSIDERATION:** | | |
| | 225,000.00 | Sale Price of Property | 225,000.00 | |
| | | Deposit | | 2,500.00 |
| | | Closing funds | | 49,500.00 |
| | | **NEW AND EXISTING ENCUMBRANCES:** | | |
| | | New Loan from Fairway Independent Mortgage Corporation | | 180,000.00 |
| | | **LENDER'S AND LOAN RELATED CHARGES: - Fairway In** | | |
| | | 2 % of Loan Amount (Points | 3,600.00 | |
| | | Fixed Loan Fee | 1,488.00 | |
| | | Appraisal Admin Fee | 120.00 | |
| | | Appraisal Fee | 375.00 | |
| | | Credit Report | 53.00 | |
| | | Flood Certification | 10.25 | |
| | | CPL to Lawyers Title of Nevada, Inc. | 25.00 | |
| 4.50 | | E-recording Service Fee to Lawyers Title of Nevada, Inc. | 13.50 | |
| 380.00 | | Escrow Fee seller investor discount to Lawyers Title of Nevada, Inc. | 400.00 | |
| | | Inspection to Lawyers Title of Nevada, Inc. | 100.00 | |
| | | Homeowner's Insurance Premium to Farmers 12 mos. | 768.00 | |
| | | Prepaid Interest to Fairway Independent Mortgage Corporation @ $17.88 per day from 9/9/2020 to 10/1/2020 | 393.36 | |
| 210.48 | | Property Taxes 1st and 2nd qtr. to Clark County Treasurer 6 mos. | 199.96 | |
| | | Homeowner's Insurance to Fairway Independent Mortgage Corporation 3 mos. @ $64.0000/month | 192.00 | |
| | | Property Taxes to Fairway Independent Mortgage Corporation 2 mos. @ $66.6600/month | 133.32 | |
| | | Aggregate Adjustment to Fairway Independent Mortgage Corporation | (64.00) | |
| | | **PRORATIONS AND ADJUSTMENTS:** | | |
| | 48.88 | County Taxes from 9/9/2020 to 10/1/2020 based on the Annual amount of $799.84 | 48.88 | |
| | 15.87 | Sewer from 9/9/2020 to 10/1/2020 based on the Quarterly amount of $64.93 | 15.87 | |
| | 44.61 | Trash from 9/9/2020 to 12/1/2020 based on the Quarterly amount of $48.96 | 44.61 | |
| | | **COMMISSIONS:** | | |

# LAWYERS TITLE OF NEVADA, INC.

10801 W. Charleston Blvd, Suite 225, Las Vegas, NV 89135

Phone: (702) 385-4141    Fax: (702) 369-8540

**Combined Settlement Statement**

**Final**

**Escrow No:** 03118182 - 310 MM6    **Close Date:** 09/09/2020    **Proration Date:** 09/09/2020    **Disbursement Date:**

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---:|---:|---|---:|---:|
| 13,500.00 | | Commission | | |
| | | $6,750.00 (3% of $225,000.00) to Orange Realty Group | | |
| | | $6,750.00 (3% of $225,000.00) to Orange Realty Group | | |
| | | **TITLE AND ESCROW CHARGES:** | | |
| | | ALTA Extended Loan Policy (6-17-06) w/ NV Mods for $180,000.00 to Lawyers Title of Nevada, Inc. | 618.15 | |
| | |     Premium: $618.15 | | |
| 949.60 | | ALTA Extended Owners Policy (6-17-06) w/ NV Mods seller investor discount for $225,000.00 to Lawyers Title of Nevada, Inc. | | |
| | |     Premium: $949.60 | | |
| | | **RECORDING FEES:** | | |
| | | Recording Fee For Deed to Lawyers Title of Nevada, Inc. | 84.00 | |
| | | Recording Fee For Mortgage to Lawyers Title of Nevada, Inc. | 42.00 | |
| 1,147.50 | | County Transfer Tax to Lawyers Title of Nevada, Inc. | | |
| | | **ADDITIONAL CHARGES:** | | |
| 42.00 | | Release of Lis Pendens to Lawyers Title of Nevada, Inc. | | |
| 268.50 | | Sewer to City of Las Vegas Sewer Services Division | | |
| | | Title Signing Fee to Nationwide Signing Services, LLC | 200.00 | |
| | | Transaction fee to Orange Realty Group | 599.00 | |
| 179.63 | | Trash to Republic Services | | |
| | | Warranty to Old Republic Home Protection | 545.00 | |
| | | Lender Credits | (3,600.00) | |
| 16,682.21 | 225,109.36 | Sub Totals | 231,404.90 | 232,000.00 |
| 208,427.15 | | Proceeds Due Seller    Refund Due Buyer | 595.10 | |
| 225,109.36 | 225,109.36 | Totals | 232,000.00 | 232,000.00 |

# LAWYERS TITLE OF NEVADA, INC.

10801 W. Charleston Blvd, Suite 225, Las Vegas, NV 89135

Phone: (702) 385-4141    Fax: (702) 369-8540

**Combined Settlement Statement**
**Final**

---

**Escrow No:** 03118139 - 310 MM6    **Close Date:** 08/06/2020    **Proration Date:** 08/06/2020    **Disbursement Date:** 08/07/2020

---

**Buyer(s)/Borrower(s):** BH Creations LLC

**Seller(s):** Wright Capital Investments LLC, a Nevada Limited Liability company

**Property:** 5824 Iris Avenue
Las Vegas, NV 89107

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---:|---:|---|---:|---:|
| | | **TOTAL CONSIDERATION:** | | |
| | 210,000.00 | Total Consideration | 210,000.00 | |
| | | Deposit/Earnest Money | | 2,500.00 |
| | | Closing Funds | | 208,140.00 |
| | | **PRORATIONS AND ADJUSTMENTS:** | | |
| | 183.10 | County Taxes from 8/6/2020 to 10/1/2020 based on the Annual amount of $1,198.48 | 183.10 | |
| | 13.60 | Trash from 8/6/2020 to 9/1/2020 based on the Quarterly amount of $48.96 | 13.60 | |
| | 61.32 | Sewer from 8/6/2020 to 11/1/2020 based on the Quarterly amount of $64.93 | 61.32 | |
| 1,442.50 | | Rent credit from 8/6/2020 to 9/1/2020 based on the Monthly amount of $1,731.00 | | 1,442.50 |
| | | **COMMISSIONS:** | | |
| 11,550.00 | | Commission | | |
| | | $6,300.00 (3% of $210,000.00) to Orange Realty Group | | |
| | | $5,250.00 (2.5% of $210,000.00) to Realty One | | |
| | | Broker Transaction Fee to Home Connect America | 695.00 | |
| | | **TITLE AND ESCROW CHARGES:** | | |
| 863.33 | | Owners Policy $210,000.00 to seller investor discount | | |
| 273.00 | | Escrow Fee to seller investor discount | 390.00 | |
| | | **RECORDING FEES:** | | |
| | | Recording Fees to Lawyers Title of Nevada, Inc. | 42.00 | |
| 9.00 | | E-Recording Service Fee to Lawyers Title of Nevada, Inc. | 4.50 | |
| 84.00 | | Releases to Lawyers Title of Nevada, Inc. | | |
| 1,071.00 | | County Transfer Tax to Lawyers Title of Nevada, Inc. | | |
| | | **ADDITIONAL CHARGES:** | | |
| 148.46 | | Taxes-1st Qtr to Clark County Treasurer | | |
| 278.20 | | Sewer to City of Las Vegas Sewer Servic | | |
| 25.00 | | Trash Fees to Republic Services | | |
| 15,744.49 | 210,258.02 | Sub Totals | 211,389.52 | 212,082.50 |
| 194,513.53 | | Proceeds Due Seller          Refund Due Buyer | 692.98 | |
| 210,258.02 | 210,258.02 | Totals | 212,082.50 | 212,082.50 |

# LAWYERS TITLE OF NEVADA, INC.

10801 W. Charleston Blvd, Suite 225, Las Vegas, NV 89135

Phone: (702) 385-4141    Fax: (702) 369-8540

**Combined Settlement Statement**

**Final**

---

**Escrow No:** 03118167 - 310 MM6    **Close Date:** 08/07/2020    **Proration Date:**    **Disbursement Date:**

---

**Buyer(s)/Borrower(s):** IK Investments LLC
17412 VENTURA BLVD #403
ENCINO, CA 91316

**Seller(s):** Wright Capital Investments LLC,

**Property:** 4609 Sawyer Avenue
Las Vegas, NV 89108

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---:|---:|---|---:|---:|
| | | **TOTAL CONSIDERATION:** | | |
| | 183,000.00 | Total Consideration | 183,000.00 | |
| | | Deposit/Earnest Money | | 2,500.00 |
| | | Closing funds | | 176,940.52 |
| | | Additional closing funds | | 683.00 |
| | | **PRORATIONS AND ADJUSTMENTS:** | | |
| | 179.85 | County Taxes from 7/1/2020 to 10/1/2020 based on the Annual amount of $719.40 | 179.85 | |
| 750.00 | | Seller credit | | 750.00 |
| | 17.31 | Sewer from 8/7/2020 to 9/1/2020 based on the Quarterly amount of $64.93 | 17.31 | |
| | 13.06 | Trash from 8/7/2020 to 9/1/2020 based on the Quarterly amount of $48.96 | 13.06 | |
| 1,263.20 | | Rent Credit from 8/7/2020 to 9/1/2020 based on the Monthly amount of $1,579.00 | | 1,263.20 |
| 1,500.00 | | Sec. Deposit transfer | | 1,500.00 |
| | | **COMMISSIONS:** | | |
| 10,065.00 | | Commission | | |
| | | $5,490.00 (3% of $183,000.00) to Orange Realty Group | | |
| | | $4,575.00 (2.5% of $183,000.00) to eProNet Realty | | |
| | | Broker Transaction Fee to Kamyar Boudai | | |
| | | **TITLE AND ESCROW CHARGES:** | | |
| 821.20 | | Owners Policy $182,000.00 to seller investor discount | | |
| 266.00 | | Escrow Fee to seller investor discount | 380.00 | |
| | | **RECORDING FEES:** | | |
| | | Recording Fees to Lawyers Title of Nevada, Inc. | 42.00 | |
| 9.00 | | E-Recording Service Fee to Lawyers Title of Nevada, Inc. | 4.50 | |
| 84.00 | | Releases to Lawyers Title of Nevada, Inc. | | |
| 933.30 | | County Transfer Tax to Lawyers Title of Nevada, Inc. | | |
| | | **ADDITIONAL CHARGES:** | | |
| 182.27 | | Taxes to Clark County Treasurer | | |
| 267.40 | | Sewer to City of Las Vegas Sewer Servic | | |
| 25.00 | | Trash Fees to Republic Services | | |
| 16,166.37 | 183,210.22 | Sub Totals | 183,636.72 | 183,636.72 |
| 167,043.85 | | Proceeds Due Seller | | |
| 183,210.22 | 183,210.22 | Totals | 183,636.72 | 183,636.72 |

Printed by Maria Maneva on 8/11/2020 - 4:37:42PM                    Page 1 of 1

# Wright Capital Investment LLC – XXXX6579 ❯

## Account information

### Balance

| | |
|---|---|
| Previous day transactions (-$0.00 / +$0.00) | $0.00 |
| Current balance | $85,902.17 |
| Total float | $0.00 |
| Holds | $0.00 |
| Pending transactions (-$0.00 / +$211,458.91) | $211,458.91 |
| Today's float | $0.00 |
| Available balance | $297,361.08 |
| Total funds available | $297,361.08 |

### Activity

| | |
|---|---|
| Last deposit (Sep 10, 2020) | $208,427.15 |
| Last check (Sep 23, 2020) | $500,000.00 |

### Interest

| | |
|---|---|
| Current accrued interest | $0.00 |
| Last interest payment | $0.00 |
| Interest paid 2020 | $0.00 |
| Interest paid 2019 | $0.00 |

# Orange Realty Group LLC

6230 McLeod Dr STE 100
Las Vegas, NV 89120
(702) 617-0000
http://www.orangerealtygroup.com



## Wright Capital Investments

PO Box 211924
Anchorage, AK 99521

## Owner Statement
Aug 05, 2020 - Oct 05, 2020

## Consolidated Summary (16 properties)

| | |
|---|---|
| Beginning Balance | 84,870.36 |
| Cash In | 42,153.15 |
| Cash Out | -39,292.88 |
| Owner Disbursements | -16,201.70 |
| Ending Cash Balance | 71,528.93 |
| Unpaid Bills | -2,035.65 |
| Work Order Estimates | -625.00 |
| **Net Owner Funds** | **68,868.28** |

## 1400 Saylor Way - 1400 Saylor Way, Las Vegas, NV 89108

## Property Cash Summary

| | |
|---|---:|
| Beginning Balance | 5,300.29 |
| Cash In | 0.00 |
| Cash Out | -3,363.70 |
| Ending Cash Balance | 1,936.59 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---:|---:|---:|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 5,300.29 |
| 08/05/2020 | Southern Nevada Regional Housing Authority | Check | 15600 | Section 8 Rent - 1400 Saylor Way - Hijana Johnson - Reimb 606546 - 1400 Saylor Way - Hijana Johnson - Reimb 606546 | | 1,714.00 | 3,586.29 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 119.98 | 3,466.31 |
| 09/18/2020 | Orange Realty Group LLC | eCheck | 7D30-72F0 | PMA Early Termination | | 1,529.72 | 1,936.59 |
| | | | | Ending Cash Balance | | | 1,936.59 |
| **Total** | | | | | **0.00** | **3,363.70** | |

# 1524 Saylor Way - 1524 Saylor Way, Las Vegas, NV 89108

## Property Cash Summary

| | |
|---|---|
| Beginning Balance | 4,147.70 |
| Cash In | 2,150.00 |
| Cash Out | -1,253.44 |
| Ending Cash Balance | 5,044.26 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 4,147.70 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 90.65 | 4,057.05 |
| 09/17/2020 | Orange Realty Group LLC | Receipt | | Security Deposits Clearing - Shiloh N. Payan, Israel Payan, 1524 Saylor Way: Security Deposit Transfer | 2,150.00 | | 6,207.05 |
| 09/18/2020 | Orange Realty Group LLC | eCheck | 7D30-72F0 | PMA Early Termination | | 1,162.79 | 5,044.26 |
| | | | | Ending Cash Balance | | | 5,044.26 |
| **Total** | | | | | **2,150.00** | **1,253.44** | |

# 1826 Green Acres Ave - 1826 Green Acres Ave, Las Vegas, NV 89156

## Property Cash Summary

| | |
|---|---:|
| Beginning Balance | 8,955.29 |
| Cash In | 1,693.00 |
| Cash Out | -1,143.22 |
| Ending Cash Balance | 9,505.07 |
| Work Order Estimates | -625.00 |
| **Net Owner Funds** | **8,880.07** |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---:|---:|---:|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 8,955.29 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 115.71 | 8,839.58 |
| 08/24/2020 | Monique Clark | ECP receipt | 2DC0-1360 | Rent Income - July Tenant Portion | 40.00 | | 8,879.58 |
| 08/31/2020 | Orange Realty Group LLC | eCheck | B312-3E46 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 2.80 | 8,876.78 |
| 09/03/2020 | Monique Clark | Receipt | 610010 | Section 8 Rent - Section 8 Rent Income | 1,653.00 | | 10,529.78 |
| 09/11/2020 | AB & E Heating & Cooling LLC | eCheck | 2EAA-EF36 | - Air Conditioner / HVAC - replace dual cap for compressor and motor - Tenant reported the downstairs AC unit is not cooling. | | 200.00 | 10,329.78 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Property Insurance - Reimb ORG CC charge for Farmers Insurance - Reimb ORG CC charge for Farmers Insurance | | 709.00 | 9,620.78 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 09/2020 | | 115.71 | 9,505.07 |
| | | | | Ending Cash Balance | | | 9,505.07 |
| **Total** | | | | | **1,693.00** | **1,143.22** | |

# 2149 Sleepy Ct - 2149 Sleepy Ct, Las Vegas, NV 89106

## Property Cash Summary

| | |
|---|---:|
| Beginning Balance | 5,292.49 |
| Cash In | 117.00 |
| Cash Out | -3,138.67 |
| Ending Cash Balance | 2,270.82 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---:|---:|---:|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 5,292.49 |
| 08/11/2020 | Laquida Wilson | Receipt | | Rent Income | 1.00 | | 5,293.49 |
| 08/11/2020 | Laquida Wilson | Receipt | | Rent Income | 116.00 | | 5,409.49 |
| 08/11/2020 | Southern Nevada Regional Housing Authority | Check | 15636 | Section 8 Rent - 2149 Sleepy Ct - LaQuida Wilson - Reimb 606546 - 2149 Sleepy Ct - LaQuida Wilson - Reimb 606546 | | 1,454.00 | 3,955.49 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 109.97 | 3,845.52 |
| 09/18/2020 | Orange Realty Group LLC | eCheck | 7D30-72F0 | PMA Early Termination | | 1,574.70 | 2,270.82 |
| | | | | Ending Cash Balance | | | 2,270.82 |
| **Total** | | | | | **117.00** | **3,138.67** | |

# 3602 Gold Sluice Ave - 3602 Gold Sluice Ave, North Las Vegas, NV 89032

## Property Cash Summary

| | |
|---|---:|
| Beginning Balance | 4,299.21 |
| Cash In | 1,234.00 |
| Cash Out | -2,090.37 |
| Ending Cash Balance | 3,442.84 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---:|---:|---:|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 4,299.21 |
| 08/10/2020 | Stacy Windbush | ECP receipt | 2B5C-3AB0 | Rent Income - August 2020 - Section 8 Tenant Rent Income | 185.00 | | 4,484.21 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 116.55 | 4,367.66 |
| 08/14/2020 | Orange Realty Group LLC | eCheck | 4E93-C852 | Other Legal - Owner - Reimb ORG CC charge for Homewise Docs - Reimb ORG CC charge for Homewise Docs | | 171.00 | 4,196.66 |
| 08/21/2020 | LV Service Solutions, LLC | eCheck | 789A-3B6E | - Repairs - Other - Owner - repair ac condensate plate - Please provide an estimate to repair the pipe sticking out of the entry way ceiling. Please take photos of the pipe / issue. | | 125.00 | 4,071.66 |
| 08/21/2020 | City of North Las Vegas | Bill Pay Check | 3000002091 | Water - Owner - 044700 8/2/2020 - 044700 8/2/2020 | | 127.73 | 3,943.93 |
| 08/28/2020 | Adame Construction | eCheck | 3000002138 | - Repairs - Other - Owner - drywall repair - Drywall repair and paint to match. | | 540.00 | 3,403.93 |
| 09/03/2020 | Stacy Windbush | Receipt | 610010 | Section 8 Rent - Section 8 Rent Income | 937.00 | | 4,340.93 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Property Insurance - Reimb ORG CC charge for Farmers Insurance - Reimb ORG CC charge for Farmers Insurance | | 631.00 | 3,709.93 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 09/2020 | | 75.00 | 3,634.93 |
| 09/16/2020 | Stacy Windbush | ECP receipt | 04AD-1D00 | Rent Income - September 2020 - Section 8 Tenant Rent Income | 112.00 | | 3,746.93 |
| 09/18/2020 | City of North Las Vegas | Bill Pay Check | 3000002289 | Water - Owner - 044700 9/2020 - 044700 9/2020 | | 144.09 | 3,602.84 |
| 09/25/2020 | BugRaiders Pest Control | eCheck | 3000002335 | - Pest Control - Owner - bug spray - Roach infested. | | 80.00 | 3,522.84 |
| 09/30/2020 | BugRaiders Pest Control | eCheck | 3000002351 | - Pest Control - Owner - bug spray - Return visit for roach infestation. | | 80.00 | 3,442.84 |
| | | | | Ending Cash Balance | | | 3,442.84 |
| **Total** | | | | | 1,234.00 | 2,090.37 | |

# 3973 Arrowood Dr - 3973 Arrowood Dr, Las Vegas, NV 89147

## Property Cash Summary

| | |
|---|---:|
| Beginning Balance | 5,974.15 |
| Cash In | 2,744.93 |
| Cash Out | -1,012.26 |
| Ending Cash Balance | 7,706.82 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---:|---:|---:|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 5,974.15 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 123.13 | 5,851.02 |
| 09/01/2020 | Della Christian | Receipt | | Rent Income | 1,286.00 | | 7,137.02 |
| 09/03/2020 | Della Christian | Receipt | 610010 | Section 8 Rent - Section 8 Rent Income | 473.00 | | 7,610.02 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Property Insurance - Reimb ORG CC charge for Farmers Insurance - Reimb ORG CC charge for Farmers Insurance | | 766.00 | 6,844.02 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 09/2020 | | 123.13 | 6,720.89 |
| 10/01/2020 | Della Christian | Receipt | | Rent Income | 985.93 | | 7,706.82 |
| | | | | Ending Cash Balance | | | 7,706.82 |
| **Total** | | | | | **2,744.93** | **1,012.26** | |

# 4609 Sawyer Ave - 4609 Sawyer Ave, Las Vegas, NV 89108

## Property Cash Summary

| | |
|---|---:|
| Beginning Balance | 6,971.82 |
| Cash In | 1,579.00 |
| Cash Out | -3,051.42 |
| Owner Disbursements | -5,499.40 |
| Ending Cash Balance | 0.00 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---:|---:|---:|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 6,971.82 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 110.53 | 6,861.29 |
| 09/03/2020 | Virginia Mark | Receipt | 610010 | Section 8 Rent - Section 8 Rent Income | 1,579.00 | | 8,440.29 |
| 09/09/2020 | Southern Nevada Regional Housing Authority | Check | 15692 | Section 8 Rent - 4609 Sawyer - Virginia Mark - 4609 Sawyer - Virginia Mark | | 1,579.00 | 6,861.29 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 09/2020 | | 110.53 | 6,750.76 |
| 09/17/2020 | | Transfer | | Transfer to 5821 Halifax Ave | | 5,499.40 | 1,251.36 |
| 09/18/2020 | Orange Realty Group LLC | eCheck | 7D30-72F0 | PMA Early Termination | | 1,251.36 | 0.00 |
| | | | | Ending Cash Balance | | | 0.00 |
| **Total** | | | | | **1,579.00** | **8,550.82** | |

# 501 Slayton Dr - 501 Slayton Dr, Las Vegas, NV 89107

## Property Cash Summary

| | |
|---|---|
| Beginning Balance | 6,679.24 |
| Cash In | 1,051.00 |
| Cash Out | -3,497.98 |
| Owner Disbursements | -2,130.26 |
| Ending Cash Balance | 2,102.00 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 6,679.24 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 75.00 | 6,604.24 |
| 09/03/2020 | Deshanna McCraney | Receipt | 610010 | Rent Income - ENTERING CHARGE FOR CLOSE OUT - FUNDS WERE SENT BACK SEE OWNER STATEMENT | 1,051.00 | | 7,655.24 |
| 09/04/2020 | | Transfer | | Transfer to 716 Vincent Way | | 2,130.26 | 5,524.98 |
| 09/04/2020 | Orange Realty Group LLC | eCheck | BFE6-B1EE | PMA Early Termination - Cancellation - Remainder of Term of rpma | | 1,320.98 | 4,204.00 |
| 09/04/2020 | Southern Nevada Regional Housing Authority | Bill Pay Check | 3000002192 | Prepaid Rent - 501 Slayton - Deshanna McCraney - Aug/Sep 2020 - 501 Slayton - Deshanna McCraney - Aug/Sep 2020 | | 2,102.00 | 2,102.00 |
| | | | | Ending Cash Balance | | | 2,102.00 |
| **Total** | | | | | **1,051.00** | **5,628.24** | |

# 5201 Mountain View Dr. - 5201 Mountain View Dr., Las Vegas, NV 89146

## Property Cash Summary

| | |
|---|---|
| Beginning Balance | 5,130.93 |
| Cash In | 18,119.56 |
| Cash Out | -12,939.65 |
| Owner Disbursements | -1,550.00 |
| Ending Cash Balance | 8,760.84 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 5,130.93 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 102.20 | 5,028.73 |
| 08/26/2020 | Wright Capital Investments | Receipt | 1627753415 | Owner Contribution | 7,302.03 | | 12,330.76 |
| 09/01/2020 | Oliver D. Oania | eCheck receipt | E1B5-EDB0 | Rent Income - August 2020 | 140.00 | | 12,470.76 |
| 09/01/2020 | Oliver D. Oania | eCheck receipt | E1B5-EDB0 | Trash Reimbursement - September 2020 | 15.00 | | 12,485.76 |
| 09/01/2020 | Oliver D. Oania | eCheck receipt | E1B5-EDB0 | Sewer Reimbursement - September 2020 | 20.00 | | 12,505.76 |
| 09/01/2020 | Oliver D. Oania | eCheck receipt | E1B5-EDB0 | Rent Income - September 2020 | 1,320.00 | | 13,825.76 |
| 09/09/2020 | Farmers Insurance - Foremost - Wright Capital Investments | Receipt | | Owner Contribution | 2,250.49 | | 16,076.25 |
| 09/11/2020 | Fresh Start Carpet Cleaning | eCheck | 15708 | - Painting - Owner - paint kitchen cabinets - We need an estimate to install lower kitchen cabinets at this property. we will need work done next week. I texted you photos. | | 2,961.50 | 13,114.75 |
| 09/11/2020 | Complete Plumbing Solutions Tony Georgiev | eCheck | 3000002268 | - Plumbing - Owner - repair water flood damage - Nikki just called and informed me that it is flooding. Please go out asap. | | 8,405.00 | 4,709.75 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 09/2020 | | 102.20 | 4,607.55 |
| 09/16/2020 | | Transfer | | Transfer from 609 Cline St | 5,522.04 | | 10,129.59 |
| 09/18/2020 | Orange Realty Group LLC | Receipt | | Security Deposits Clearing - Oliver D. Oania, 5201 Mountain View Dr.: Security Deposit Transfer | 1,550.00 | | 11,679.59 |
| 09/18/2020 | Enrique Coscolluela III | Check | 15728 | Owner Distribution - Refund Tenant Security Deposit - Refunds Due - Property Purchase 5201 Mountain View | | 1,550.00 | 10,129.59 |
| 09/18/2020 | Enrique Coscolluela III | Check | 15728 | Rent Income - Refund Pro-rated Rent - Refunds Due - Property Purchase 5201 Mountain View | | 948.50 | 9,181.09 |
| 09/18/2020 | Jason Mattson | eCheck | 7D34-DA3E | Project Management Fee - Project Management Fee - on INV 1372 Complete Plumbing - Project Management Fee - on INV 1372 Complete Plumbing | | 420.25 | 8,760.84 |

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|------|---------------|------|-----------|-------------|---------|----------|---------|
| | | | | Ending Cash Balance | | | 8,760.84 |
| **Total** | | | | | **18,119.56** | **14,489.65** | |

# 5420 Banjo St - 5420 Banjo St, Las Vegas, NV 89107

## Property Cash Summary

| | |
|---|---:|
| Beginning Balance | 6,242.38 |
| Cash In | 2,287.00 |
| Cash Out | -1,145.92 |
| Ending Cash Balance | 7,383.46 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---:|---:|---:|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 6,242.38 |
| 08/05/2020 | Pamela Moffett Dew | Receipt | | Security Deposits Clearing | 102.00 | | 6,344.38 |
| 08/05/2020 | Pamela Moffett Dew | Check | 15601 | Security Deposits Clearing - Refund Rent Overpayment - Refund Rent Overpayment | | 102.00 | 6,242.38 |
| 08/07/2020 | Complete Plumbing Solutions Tony Georgiev | Bill Pay Check | 3000002032 | - Plumbing - Owner - replace kitchen sink faucet - Kitchen faucet is leaking | | 246.50 | 5,995.88 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 07/2020 | | 8.33 | 5,987.55 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 144.62 | 5,842.93 |
| 08/21/2020 | Nevada Pool Supplies and Services | eCheck | 15662 | - Pool Service - Owner - filter clean, august service, re plumb leak - new timer is needed as pump won't turn on automatically so it keeps going green. | | 440.00 | 5,402.93 |
| 09/03/2020 | Pamela Moffett Dew | Receipt | 610010 | Section 8 Rent - Section 8 Tenant Rent Income | 2,185.00 | | 7,587.93 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 09/2020 | | 152.95 | 7,434.98 |
| 09/18/2020 | Republic Services #620 | Bill Pay Check | 3000002282 | Garbage and Recycling - Owner - 3-0620-0848605 9/1-11/30/20 - 3-0620-0848605 9/1-11/30/20 | | 51.52 | 7,383.46 |
| | | | | Ending Cash Balance | | | 7,383.46 |
| **Total** | | | | | **2,287.00** | **1,145.92** | |

# 5821 Halifax Ave - 5821 Halifax Ave, Las Vegas, NV 89107

## Property Cash Summary

| | |
|---|---|
| Beginning Balance | 1,336.00 |
| Cash In | 5,499.40 |
| Cash Out | -1,667.59 |
| Ending Cash Balance | 5,167.81 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 1,336.00 |
| 08/07/2020 | Fresh Start Carpet Cleaning | eCheck | 15604 | - Remodel - Rent Ready Rehab-Additional Work - Additional Work Order for accounting purposes. | | 843.00 | 493.00 |
| 08/07/2020 | NV Energy | Bill Pay Check | 3000002035 | Power - Owner - 3000279473310597455 6/16-7/16/20 - 3000279473310597455 6/16-7/16/20 | | 156.66 | 336.34 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 75.00 | 261.34 |
| 08/21/2020 | Las Vegas Valley Water District | Bill Pay Check | 3000002077 | Water - Owner - 8134248077-9 6/17-7/20/20 - 8134248077-9 6/17-7/20/20 | | 26.15 | 235.19 |
| 08/31/2020 | NV Energy | Bill Pay Check | 3000002144 | Power - Owner - 3000279473310597455 7/16-8/14/20 - 3000279473310597455 7/16-8/14/20 | | 38.48 | 196.71 |
| 09/08/2020 | The A/C Company | eCheck | 7D2A-495C | - HVAC (Heat, Ventilation, Air) - Owner - fix pvc pipe - AC repair - changed out a fuse, fixing condensation line, patching hole | | 375.00 | -178.29 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 09/2020 | | 75.00 | -253.29 |
| 09/17/2020 | | Transfer | | Transfer from 4609 Sawyer Ave | 5,499.40 | | 5,246.11 |
| 09/18/2020 | Republic Services #620 | Bill Pay Check | 3000002278 | Garbage and Recycling - Owner - 3-0620-0848609 9/1-11/30/20 - 3-0620-0848609 9/1-11/30/20 | | 51.52 | 5,194.59 |
| 09/25/2020 | Las Vegas Valley Water District | Bill Pay Check | 3000002319 | Water - Owner - 8134248077-9 7/14-8/20/20 - 8134248077-9 7/14-8/20/20 | | 26.78 | 5,167.81 |
| | | | | Ending Cash Balance | | | 5,167.81 |
| **Total** | | | | | **5,499.40** | **1,667.59** | |

# 5824 Iris Ave - 5824 Iris Ave, Las Vegas, NV 89107

## Property Cash Summary

| | |
|---|---|
| Beginning Balance | 4,589.74 |
| Cash In | 0.00 |
| Cash Out | -1,621.38 |
| Ending Cash Balance | 2,968.36 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 4,589.74 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 112.56 | 4,477.18 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 09/2020 | | 75.00 | 4,402.18 |
| 09/18/2020 | Orange Realty Group LLC | eCheck | 7D30-72F0 | PMA Early Termination | | 1,433.82 | 2,968.36 |
| | | | | Ending Cash Balance | | | 2,968.36 |
| **Total** | | | | | **0.00** | **1,621.38** | |

# 5908 W Bartlett Ave - 5908 W Bartlett Ave, Las Vegas, NV 89108

## Property Cash Summary

| | |
|---|---:|
| Beginning Balance | 2,055.99 |
| Cash In | 0.00 |
| Cash Out | -150.00 |
| Ending Cash Balance | 1,905.99 |
| Unpaid Bills | -2,035.65 |
| **Net Owner Funds** | **-129.66** |
| | |
| **Please Remit Balance Due** | **129.66** |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---:|---:|---:|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 2,055.99 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 75.00 | 1,980.99 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 09/2020 | | 75.00 | 1,905.99 |
| | | | | Ending Cash Balance | | | 1,905.99 |
| **Total** | | | | | **0.00** | **150.00** | |

## Bills Due

| Due Date | Payee | Description | Unpaid |
|---|---|---|---:|
| 09/17/2020 | Orange Realty Group LLC | PMA Early Termination | 2,035.65 |
| **Total** | | | **2,035.65** |

# 609 Cline St - 609 Cline St, Las Vegas, NV 89145

## Property Cash Summary

| | |
|---|---|
| Beginning Balance | 8,953.74 |
| Cash In | 0.00 |
| Cash Out | -1,805.70 |
| Owner Disbursements | -7,022.04 |
| Ending Cash Balance | 126.00 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 8,953.74 |
| 08/07/2020 | Charles Robertson | Check | 15631 | Owner Distribution - Security Deposit Refund - Security Deposit Refund | | 1,500.00 | 7,453.74 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 130.55 | 7,323.19 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 09/2020 | | 75.00 | 7,248.19 |
| 09/16/2020 | | Transfer | | Transfer to 5201 Mountain View Dr. | | 5,522.04 | 1,726.15 |
| 09/17/2020 | Orange Realty Group LLC | Check | 15727 | Section 8 Rent - S8 Overpayment - S8 Overpayment | | 54.00 | 1,672.15 |
| 09/25/2020 | Orange Realty Group LLC | eCheck | B8AC-94EF | PMA Early Termination | | 1,546.15 | 126.00 |
| | | | | Ending Cash Balance | | | 126.00 |
| **Total** | | | | | 0.00 | 8,827.74 | |

# 716 Vincent Way - 716 Vincent Way, Las Vegas, NV 89145

## Property Cash Summary

| | |
|---|---|
| Beginning Balance | 4,285.59 |
| Cash In | 3,794.26 |
| Cash Out | -284.48 |
| Ending Cash Balance | 7,795.37 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 4,285.59 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 93.31 | 4,192.28 |
| 09/03/2020 | Mecca Kazaar | Receipt | 610010 | Section 8 Rent - Section 8 Rent Income | 1,664.00 | | 5,856.28 |
| 09/04/2020 | | Transfer | | Transfer from 501 Slayton Dr | 2,130.26 | | 7,986.54 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 23.17 | 7,963.37 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 09/2020 | | 116.48 | 7,846.89 |
| 09/18/2020 | Republic Services #620 | Bill Pay Check | 3000002277 | Garbage and Recycling - Owner - 3-0620-0848958 9/1-11/30/20 - 3-0620-0848958 9/1-11/30/20 | | 51.52 | 7,795.37 |
| | | | | Ending Cash Balance | | | 7,795.37 |
| **Total** | | | | | **3,794.26** | **284.48** | |

# 721 Fairway Dr - 721 Fairway Dr, Las Vegas, NV 89107

## Property Cash Summary

| | |
|---|---|
| Beginning Balance | 4,655.80 |
| Cash In | 1,884.00 |
| Cash Out | -1,127.10 |
| Ending Cash Balance | 5,412.70 |

## Transactions

| Date | Payee / Payer | Type | Reference | Description | Cash In | Cash Out | Balance |
|---|---|---|---|---|---|---|---|
| | | | | Beginning Cash Balance as of 08/05/2020 | | | 4,655.80 |
| 08/12/2020 | Orange Realty Group LLC | eCheck | BE81-6964 | Management Fees (Monthly) - Management Fees (Monthly) for 08/2020 | | 140.70 | 4,515.10 |
| 08/21/2020 | Nevada Pool Supplies and Services | eCheck | 15662 | - Pool Service - Owner - filter clean, august service, install pump - 315 approved for water level thing. | | 665.00 | 3,850.10 |
| 08/31/2020 | Yanellis Cleaning Services | eCheck | 15669 | - Repairs - Other - Owner - repairs - Please install water heater straps. | | 138.00 | 3,712.10 |
| 09/03/2020 | Dominique Bryant | Receipt | 610010 | Section 8 Rent - HAP Rent Income | 1,884.00 | | 5,596.10 |
| 09/11/2020 | Orange Realty Group LLC | eCheck | 2E34-6AAA | Management Fees (Monthly) - Management Fees (Monthly) for 09/2020 | | 131.88 | 5,464.22 |
| 09/18/2020 | Republic Services #620 | Bill Pay Check | 3000002280 | Garbage and Recycling - Owner - 3-0620-0848962 9/1-11/30/20 - 3-0620-0848962 9/1-11/30/20 | | 51.52 | 5,412.70 |
| | | | | Ending Cash Balance | | | 5,412.70 |
| **Total** | | | | | **1,884.00** | **1,127.10** | |