Phillip Paul Weidner
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
lrosano@weidnerjustice.com
Attorneys for Keays/Eco Edge Armoring, LLC., Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLILPS ALASKA, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FORREST WRIGHT; AMANDA WRIGHT; )<br>NATHAN KEAYS; KELLY KEAYS; ECO )<br>EDGE ARMORING, LLC; DAVID )<br>BENEFIELD; WRIGHT CAPTIAL )<br>INVESTMENTS, LLC; And DB OILFIELD )<br>SUPPORT SERVICES, )<br>)<br>Defendant. )<br>_____) | Case No. 3:19-CV-00311-SLG |
| CONOCOPHILLILPS ALASKA, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FORREST WRIGHT; AMANDA WRIGHT; )<br>DAVID BENEFIELD; WRIGHT CAPITAL )<br>INVESTMENTS, LLC; and BD OILFIELD )<br>SUPPORT SERVICES, )<br>)<br>)<br>Defendant. )<br>_____) | Case No. 3:20-CV-00072-TMB |

## NOTICE TO COURT OF SETTLEMENT AND INTENTION BY COUNSEL FOR NATHAN KEAYS AND ECO EDGE ARMORING, LLC., TO NEGOTIATE CHECK FROM LIQUIDATION OF NATHAN KEAYS' RETIREMENT ACCOUNT TO PERFORM AS TO SAID SETTLEMENT

COME NOW Defendants Nathan Keays and Eco Edge Armoring, LLC., by and through Counsel, in the instant civil action before Judge Gleason, that is, the consolidated civil actions styled: *CPAI v. Wright, et. al.,* Case No. 3:19-CV-00311-SLG, and 3:20-CV-00072-TMB, with a related criminal action before Judge Burgess styled: *U.S. v. Nathan Keays*, Case No. 3:20-cr-00085-TMB-DMS, and hereby respectfully gives notice that it is the intention of Mr. Weidner, Mr. Keays' Counsel in all said matters, to have Mr. Keays negotiate a certain check in the amount of $272,941.52 which is from a liquidation of Mr. Keays' retirement account, and deposit said check into Mr. Weidner's trust account to in turn pay $250,000 to the Plaintiffs in the civil action, to perform as to the settlement with a balance of $22,941.52 being utilized for attorney's fees to Weidner & Associates, A Professional Corporation for representation of Mr. Keays.

This Notice is given on the grounds and for the reasons that in the civil matters, Mr. Keays and Eco Edge Armoring, LLC., and the ConocoPhillips Alaska, Inc., Plaintiff(s), have reached a written settlement agreement, as to said civil matters, which has been duly signed by the respective parties, which contemplates payment of the $250,000 from said proceeds, and $22,941.52 from the proceeds towards attorney's fees, and it is anticipated that in due course, Mr. Lamb, Attorney for the ConocoPhillips Alaska, Inc., Plaintiff(s) in the civil matter(s) will be filing an appropriate Stipulation for Dismissal of Nathan Keays (and Eco Edge Armoring,

LLC.), with prejudice as well as a [Proposed] Order Dismissing Defendant Nathan Keays (and Eco Edge Armoring, LLC.), i.e. dismissing the civil case with prejudice as to those Defendants, pursuant to said Settlement Agreement and payment of the $250,000 as set out. By entering into the Settlement Agreement and making payment and providing this Notice, Mr. Keays and/or Eco Edge Armoring, LLC., do not concede nor make any admissions as to any civil or criminal culpability or liability, and do not waive any rights or privileges under the U.S. and Alaska Constitutions. Mr. Keays is doing so merely in a privileged and protected effort to resolve the referenced civil litigation.

This Notice is filed in both the civil and criminal matters, in light of the Court Order(s) of record, restricting to some extent Mr. Keays from liquidation and/or distribution of assets.

It is the intention of Mr. Weidner to proceed to have Mr. Keays endorse said check for deposit into Weidner & Associates' trust account and make the referenced distributions within ten (10) days of this Notice unless an objection is received by the U.S. Attorney's Office and/or an Order from the Court in the civil or criminal matter(s) indicating some obstacle as to same. It is further understood that once said payment is made, Mr. Lamb will file an appropriate pleading as noted, and in the interim, Mr. Lamb is filing a notice with the Court of an agreement as to this procedure.

RESPECTFULLY submitted this 24th day of September 2021.

                                                   WEIDNER & ASSOCIATES
                                                   Attorneys for Keays Defendants


                                    By: *s/Phillip Paul Weidner*
                                                Phillip Paul Weidner
                                                ABA No. 7305032

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on September 24th, 2021, a copy of the foregoing was served electronically on the parties entered in this matter.

<u>s/ Phillip Paul Weidner</u>