Timothy J. Lamb
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORREST WRIGHT; AMANDA WRIGHT; )<br>NATHAN KEAYS; KELLY KEAYS; )<br>ECO EDGE ARMORING, LLC; DAVID )<br>BENEFIELD; WRIGHT CAPITAL )<br>INVESTMENTS, LLC; and DB OILFIELD )<br>SUPPORT SERVICES, )<br>)<br>Defendants. )<br>) | **Case No. 3:19-cv-00311-SLG**<br><br>Consolidated |
| CONOCOPHILLIPS ALASKA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORREST WRIGHT; AMANDA WRIGHT; )<br>DAVID BENEFIELD; WRIGHT CAPITAL )<br>INVESTMENTS, LLC; and DB OILFIELD )<br>SUPPORT SERVICES, )<br>)<br>Defendants. )<br>) | Case No. 3:20-cv-00072-TMB |

**Stipulation for Dismissal - Kelly Keays**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG Page **1** of **3**

Case 3:19-cv-00311-SLG    Document 105    Filed 09/27/21    Page 1 of 3

## STIPULATION FOR DISMISSAL OF KELLY KEAYS

Plaintiff ConocoPhillips Alaska, Inc. and Defendant Kelly Keays, through respective counsel, stipulate and agree to the dismissal of Ms. Keays, subject to the written Settlement Agreement entered into between Kelly Keays and ConocoPhillips Alaska, Inc. in December 2020. It is further stipulated that Ms. Keays' dismissal from this lawsuit is contingent upon certain representations made by Ms. Keays at her September 1, 2020 deposition being truthful. In the future if those representations are found to be substantially inaccurate, as defined in that agreement entered into between these parties in December 2020, then this stipulated dismissal may be rescinded and the allegations in the lawsuit against her may be reinstated or reasserted.

It is further stipulated and agreed that the parties shall bear their own costs and fees, i.e., no party to this Stipulation shall owe the other party anything in the way of costs or attorney's fees.

                                                  DELANEY WILES, INC.
                                                  Attorneys for Conoco Phillips Alaska, Inc.

DATED:    9/1/2020          By: /s/ Timothy J. Lamb
                                                  TIMOTHY J. LAMB
                                                 Alaska Bar No. 8409080

                                                 ASHBURN & MASON, P.C.
                                                 Attorneys for Kelly Keays

DATED:    9/1/2020          By: /s/ Jeffrey W. Robinson
                                                  JEFFREY W. ROBINSON
                                                 Alaska Bar No. 0805038

DELANEY WILES, INC.
SUITE 300
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

**Stipulation for Dismissal - Kelly Keays**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG   Page **2** of **3**

Case 3:19-cv-00311-SLG    Document 105    Filed 09/27/21    Page 2 of 3

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the foregoing was emailed on the 27th day of September, 2021 to the following:

Jeffrey W. Robinson
Laura C. Dulic
Ashburn & Mason, P.C.
1227 W. 9th Ave., Ste. 200
Anchorage, AK 99501
jeffrey@anchorlaw.com
laura@anchorlaw.com
(Attorneys for Kelly Keays)

Phillip Paul Weidner
Phillip Paul Weidner & Associates, APC
943 W. 6th Ave., Ste. 300
Anchorage, AK 99501
phillipweidner@weidnerjustice.com
(Attorneys for Nathan Keays and Eco Edge Armoring, LLC)

Michelle S. Nesbett
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
michelle@bhb.com
(Attorney for Amanda Wright)

David Benefield (mailed)
and
DB Oilfield Support Services
c/o David Benefield
15030 E. 253rd St. S.
Webbers Falls, OK 74470
dbenefield58@hotmail.com

Wright Capital Investments, LLC (mailed)
c/o Anna McDonough, Registered Agent
6550 S. Pecos Rd., Ste. 115
Las Vegas, NV 89120
Forrestwright8@hotmail.com

Forrest Wright
1901 Colony Place
Anchorage, AK 99507
Forrestwright8@hotmail.com

s/Angela R. Bell
4835-1863-6261, v. 1

DELANEY WILES, INC.
SUITE 300
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

**Stipulation for Dismissal - Kelly Keays**
*ConocoPhillips Alaska, Inc. v. Forrest Wright and Nathan Keays, et. al.* Case No. 3:19-cv-00311-SLG   Page **3** of **3**