Phillip Paul Weidner
PHILLIP PAUL WEIDNER & ASSOCIATES, A.P.C.
943 West Sixth Avenue, Suite 300
Anchorage, AK 99501
Tel: (907) 276-1200; Fax: (907) 278-6571
phillipweidner@weidnerjustice.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLILPS ALASKA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FORREST WRIGHT; AMANDA WRIGHT; | ) |
| NATHAN KEAYS; KELLY KEAYS; ECO EDGE | ) |
| ARMORING, LLC; DAVID BENEFIELD; | ) |
| WRIGHT CAPTIAL INVESTMENTS, LLC; and | ) |
| DB OILFIELD SUPPORT SERVICES, | )Case No. 3:19-CV-00311-SLG |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE BY NATHAN KEAYS AND ECO EDGE ARMORING, LLC

COMES NOW Phillip Paul Weidner of Phillip Paul Weidner & Associates, APC, on behalf of Defendants Nathan Keays and Eco Edge Armoring, LLC, and hereby gives notice of the filing in the criminal case styled *United States v. Nathan Keays*, Case No. 3:20-cr-00085-TMB, the Response to Court Order and to Government's Opposition as to Notice(s) by Counsel re: Intention to Negotiate Check and Distribute Proceeds.

RESPECTFULLY SUBMITTED this 4th day of October, 2021.

WEIDNER & ASSOCIATES
Attorneys for Defendant

/s/ Phillip Paul Weidner
                                                         Phillip Paul Weidner, ABA No. 7305032


CERTIFICATE OF SERVICE
I hereby certify that on October 4, 2021, a copy of the foregoing was served
electronically on the parties entered in this matter.

s/ Phillip Paul Weidner

Notice                                                                                      2
*ConocoPhillips Alaska, Inc. v. Wright, et al*., Case No. 3:19-cv-00311-SLG
Case 3:19-cv-00311-SLG   Document 111   Filed 10/04/21   Page 2 of 2