

Roberta C. Erwin
Palmier~Erwin, LLC
429 L Street
Anchorage, Alaska 99501
(907) 279-8522
Rcerwin.palmiererwin@alaska.net
Blwatson.palmiererwin@alaska.net

RECEIVED

OCT 05 2021

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br>Plaintiff,<br><br>vs.<br><br>FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPTIAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:19-CV-00311-SLG |
| CONOCOPHILLIPS ALASKA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FORREST WRIGHT; AMANDA WRIGHT; WRIGHT CAPTIAL INVESTMENTS, LLC; and BD OILFIELD SUPPORT SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:20-CV-00072-TMB |

Case 3:19-cv-00311-SLG
Kelly Keays' Objection
Page 1 of 4

## KELLY KEAYS' OBJECTION TO NOTICE TO COURT OF SETTLEMENT AND INTENTION BY COUNSEL FOR NATHAN KEAYS AND EDO EDGE ARMORING, LLC., TO NEGOTIATE CHECK FROM LIQUIDATION OF NATHAN KEAYS RETIREMENT ACCOUNT TO PERFORM AS TO SAID SETTLEMENT

COMES NOW defendant, KELLY KEAYS, by an through her counsel of, PALMIER ~ ERWIN, LLC, in the instant civil action before Judge Gleason, and hereby objects to the liquidation of Nathan Keays' retirement account and issuance of checks from said liquidation.

Kelly Keays has filed for divorce from Nathan Keays in the Superior Court in Anchorage under case number 3AN-21-7513 CI. In the divorce matter, is a Domestic Relations Initial Order & Order to File Financial Documents. Under said order, Mr. Keays cannot liquidate or dispose of a marital asset that is disputed. This includes Mr. Keays' retirement account. Ms. Keays' objects to the liquidation of Mr. Keays' retirement account. The account is subject to division in the parties' divorce case. The disposition of Mr. Keays' retirement needs to be resolved prior to it being liquidating. Therefore, Ms. Keays' requests a stay of the liquidation of his account until the issue is resolved in their divorce.

Ms. Keays is a named defendant in this matter. She has not been included by Mr. Keays in settlement negotiations. It is unknown if the agreement reached between the plaintiff and Mr. Keays absolves her of any prosecution.

DATED at Anchorage, Alaska this 4th day of October, 2021.

PALMIER ~ ERWIN, LLC
Attorneys for Kelly Keays

s/Roberta C. Erwin

ROBERTA C. ERWIN
ABA # 9411101

I HEREBY CERTIFY that this 4 day of October, 2021,
I served a copy of the foregoing document by email
upon

Donna Meyers, Esq.
dmm@delaneywiles.com
usdcuser@delaneywiles.com

Jason Mattson, Esq.
jason@orglv.com
nikki@orglv.com

Jeffrey Robinson, Esq.
jeffrey@anchorlaw.com
sarah@anchorlaw.com

Laura Dulic, Esq.
laura@anchorlaw.com
sarah@anchorlaw.com

Michelle Nesbett, Esq.
mnesbett@bhb.com
assistant@nesbetlaw.com

Phillip Weidner, Esq.
lrosano@weidnerjustice.com
phillipweidner@weidnerjustic.com

Timothy Lamb, Esq.
tjl@delaneywiles.com
usdcuser@delaneywiles.com

and by US Mail on:

David Benefield
14829 E. 253rd St S
Webbers Falls, OK 74470

Case 3:19-cv-00311-SLG
Kelly Keays' Objection
Page 3 of 4

Robert Cassity
Holland & Hart
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

PALMIER ~ ERWIN
By: s/Brittany Watson

Case 3:19-cv-00311-SLG
Kelly Keays' Objection
Page 4 of 4