Phillip Paul Weidner
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
lrosano@weidnerjustice.com
Attorneys for Keays/Eco Edge Armoring, LLC., Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLILPS ALASKA, INC., <br><br> Plaintiff, <br> v. <br><br> FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPTIAL INVESTMENTS, LLC; And DB OILFIELD SUPPORT SERVICES, <br><br> Defendant. | Case No. 3:19-CV-00311-SLG |
| CONOCOPHILLILPS ALASKA, INC., <br><br> Plaintiff, <br> v. <br><br> FORREST WRIGHT; AMANDA WRIGHT; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and BD OILFIELD SUPPORT SERVICES, <br><br> Defendant. | Case No. 3:20-CV-00072-TMB |

# NOTICE OF ERRATA RE *NOTICE OF FILING PERTINENT PLEADINGS IN THE CRIMINAL MATTER STYLED: U.S. V. NATHAN KEAYS, CASE NO. 3:20-CR-00085-TMB-DMS*

COMES NOW Weidner and Associates, A Professional Corporation, by Phillip Paul Weidner on behalf of Defendants Nathan Keays and Eco Edge Armoring, LLC in the instant matter, and hereby provide notice errata as to the filing by said Defendants at docket 119, said filing made today styled: *Notice of Filing Pertinent Pleadings in The Criminal Matter Styled: U.S. v. Nathan Keays, Case No. 3:20-cr-00085-TMB-DMS.*

At page 2 of the filing reference was made to "Government's Opposition to Defendant Nathan Keays' Motion to Approve and Authorize Consummation of Settlement as to Defendants Nathan Keays and Eco Edge Armoring, LLC in the Civil (sic) Matter at docket 90 …".

The proper reference should have been to the "Government's Opposition to Defendant Nathan Keays' Motion to Approve and Authorize Consummation of Settlement as to Defendants Nathan Keays and Eco Edge Armoring, LLC (Dkt. 88) in the Criminal Matter at docket 90."

Undersigned Counsel apologizes for the error and respectfully asks that the Court and all parties and Counsel take note of same.

RESPECTFULLY submitted this 15th day of December 2021.

    WEIDNER & ASSOCIATES
    Attorneys for Keays Defendants

    By: *s/Phillip Paul Weidner*
        Phillip Paul Weidner
        ABA No. 7305032

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, a copy of the foregoing was served electronically on the parties entered in this matter.

*s/ Phillip Paul Weidner*