Phillip Paul Weidner
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
lrosano@weidnerjustice.com
Attorneys for Keays/Eco Edge Armoring, LLC., Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CONOCOPHILLILPS ALASKA, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPTIAL INVESTMENTS, LLC; And DB OILFIELD SUPPORT SERVICES, | ) | Case No. 3:19-CV-00311-SLG |
| Defendant. | ) | |
| CONOCOPHILLILPS ALASKA, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| FORREST WRIGHT; AMANDA WRIGHT; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and BD OILFIELD SUPPORT SERVICES, | ) | Case No. 3:20-CV-00072-TMB |
| Defendant. | ) | |

**NOTICE OF FILING PLEADINGS IN THE CRIMINAL MATTER STYLED:**
***U.S. V. NATHAN KEAYS*, CASE NO. 3:20-CR-00085-TMB-MMS**

**RE: SUPPLEMENT TO REPLY BY DEFENDANT NATHAN KEAYS TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO APPROVE AND AUTHORIZE CONSUMMATION OF SETTLEMENT AS TO DEFENDANTS NATHAN KEAYS AND ECHO EDGE ARMORING LLC (DKT. 88)**

COME NOW Defendants Nathan Keays and Eco Edge Armoring, LLC, by and through counsel, Phillip Paul Weidner and hereby give notice that Defendant Keays has filed pleadings at dockets 93 and 94 in the case styled 3:20-CR-00085-TMB-MMS on today's date.

Those pleadings relate to his request to file a Supplement to Reply by Defendant Nathan Keays to the Government's Opposition to Defendant's Motion to Approve and Authorize Consummation of Settlement as to Defendants Nathan Keays and Echo Edge Armoring, LLC (Dkt. 88).

RESPECTFULLY submitted this 16th day of December 2021.

                                               WEIDNER & ASSOCIATES
                                               Attorneys for Keays Defendants

                                               By: *s/Phillip Paul Weidner*
                                                           Phillip Paul Weidner
                                                           ABA No. 7305032

CERTIFICATE OF SERVICE
I hereby certify that on December 16, 2021, a copy of the foregoing was served electronically on the parties entered in this matter.

*s/ Phillip Paul Weidner*