# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br>    Plaintiff, <br><br> v. <br><br> FORREST WRIGHT, *et al.*, <br><br>    Defendants. | Case No. 3:19-cv-00311-SLG <br><br> Lead Case |
| CONOCOPHILLIPS ALASKA, INC., <br><br>    Plaintiff, <br><br> v. <br><br> FORREST WRIGHT, *et al.*, <br><br>    Defendants. | Case No. 3:20-cv-00072-SLG |

**ORDER RE MOTION TO APPROVE AND AUTHORIZE CONSUMMATION OF SETTLEMENT AS TO DEFENDANTS NATHAN KEYS AND ECO EDGE ARMORING, LLC**

For good cause shown, the Court hereby GRANTS Defendant Nathan Keays and Eco Edge Armoring, LLC.'s Motion to Approve and Authorize Settlement and hereby authorizes the consummation of the settlement as set out in the *Motion to Approve and Authorize Consummation of Settlement as to Defendants Nathan Keays and Eco Edge Armoring, LLC* at docket 117, and briefing, the Notice in the Federal Civil Matter (Case No. 3:19-cv-00311-SLG), at

docket 111, and the Notice in the Federal Criminal Matter (Case No. 3:20-cr-00085-TMB-DMS), at docket 78, and *Agreement* (Exhibit I), and *Response to Court's Request for Status Report* (Exhibit II).

The check in the amount of $272,941.52 (Exhibit III) as to Mr. Keays' proceeds from his APD 401(k) account may be deposited in Weidner & Associates, A Professional Corporation's trust account and a check for $250,000 made payable to ConocoPhillips to consummate the Settlement and delivered to Mr. Tim Lamb forthwith and these actions are authorized as a grant of partial relief from any restraining order or injunction as to the assets of Defendants Nathan Keays and Eco Edge Armoring, LLC.

As to the "carve-out" of 22,941.52 for attorney's fees which will be a part of the deposit into Weidner & Associates, A Professional Corporation's trust account, the request for relief is DENIED without prejudice; those funds shall be held in the trust account pending resolution of the criminal matter and application may be made to this Court after the Court in the criminal case determines whether any portion of those funds should be applied to restitution in lieu of attorney's fees.

DATED this 5th day of January, 2022 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cv-00311-SLG, *ConocoPhillips Alaska, Inc., v. Wright, et al.*
Order re Motion to Approve and Authorize Consummation of Settlement as to Defendants Nathan Keays and Eco Edge Armoring, LLC
Page 2 of 2